Craig A. Welin (State Bar No. 138418)
cwelin@frandzel.com
Hal D. Goldflam (State Bar No. 179689)
hgoldflam@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California  90017-2427
Telephone:  (323) 852-1000
Facsimile:  (323) 651-2577

Attorneys for SMR Automotive Australia Pty Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SMR AUTOMOTIVE AUSTRALIA PTY LTD., an Australian Proprietary Limited Company,<br><br>            Plaintiff,<br><br>     v.<br><br>FARADAY&FUTURE INC., a California corporation, d/b/a FARADAY FUTURE<br><br>            Defendant. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**1. BREACH OF CONTRACT; and**<br>**2. ACCOUNT STATED**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff SMR Automotive Australia Pty Ltd. ("SMR") alleges against Defendant Faraday&Future Inc., a California corporation, d/b/a Faraday Future ("Faraday") as follows:

## PARTIES, JURISDICTION, VENUE

1. Plaintiff SMR is an Australia Proprietary Limited Company with its principal place of business located at Sherriffs Road, Lonsdale, South Australia 5160 Australia. SMR provides engineering, development, and testing support for automobile components to companies developing automobiles. It is a citizen of Australia.

2. Faraday is a California corporation that designs and manufactures automobiles with its principal place of business located at 18455 South Figueroa Street, Gardena, California. It is a California citizen.

3. This Court has original jurisdiction over the claims of this complaint under 28 U.S.C. § 1332(a)(2) as this action is between a citizen of a States and a citizen or subject of a foreign state. Also, the amount in controversy exceeds $75,000 exclusive of interest and costs.

4. Venue is proper in this Court under 28 U.S.C. §1391(a) and (b) as Faraday resides in this district.

## COMMON ALLEGATIONS

5. SMR and Faraday entered into an agreement dated February 16, 2016 (the "Development Services Agreement") under which SMR agreed to perform design and developmental services for: (1) an exterior hybrid mirror camera assembly with a unique detachable mirror head and rear-facing cameras; and (2) an electronic control unit for a camera monitoring system to support two rear-facing side cameras, a dash camera and an interior camera, both for use in a Faraday vehicle. A correct copy of the Development Services Agreement is attached hereto as Exhibit A.

6. Under the Development Services Agreement, Faraday issued the

following purchase orders to SMR:

| Purchase Order | Value of Purchase Order (USD) |
|---|---|
| P/O No: po 0213-3297 | $855,500.00 |
| P/O No: po 0213-5388 | $874,665.00 |
| P/O No: 4300001692 | $675.00 |
| P/O No: PO 4300002093 | $370,859.57 |
| P/O No: 4500000365 | $19,860.10 |
| P/O No: 0213-3643 | $49,994.00 |
| P/O No: 4300002557 | $15,160.00 |
| Total: | **$2,186,713.67** |

7. SMR commenced performance as required under the invoices. However, Faraday failed to pay several invoices for this work over the course of 2016 and early 2017.

8. On November 23, 2016, SMR put prototype deliveries on hold due to Faraday's overdue invoices. However, for good will and in good faith expectation of payment, SMR resumed performance in order to support Faraday's unveiling of its first commercial electric vehicle, the FF91, at the January 2017 Consumer Electronics Show in Las Vegas, Nevada.

9. In a January 19, 2017 meeting between SMR representatives and Faraday representatives, SMR communicated, and Faraday accepted without objection, that SMR would stop any further design development until overdue invoices were paid. Correct copies of relevant e-mail communications between SMR representatives and Faraday representatives are attached hereto as Exhibit B.

10. To date, SMR has sent Faraday ten invoices, totaling $1,449,799.31. Correct copies of the Invoices are attached hereto collectively as Exhibit E.

| SMR Invoice | Date | Amount (USD) |
|---|---|---|
| 2017/CINVM00000041 | 5/31/2016 | 85,500.00 |

| | | |
|---|---|---|
| 2017/CINVM00000198 | 11/21/2016 | 256,650.00 |
| 2017/CINVM00000042 | 5/31/2016 | 262,399.50 |
| 2017/CINVM00000297 | 3/10/2017 | 524,799.00 |
| 2017/CINVM00000200 | 11/21/2016 | 675.00 |
| 2017/CINVM00000175 | 10/27/2016 | 237,949.61 |
| 2017/CINVM00000238 | 12/20/2016 | 30,534.10 |
| 2017/CINVM00000199 | 11/21/2016 | 19,860.10 |
| 2017/CINVM00000239 | 12/20/2016 | 16,272.00 |
| 2017/CINVM00000240 | 12/20/2016 | 15,160.00 |
| | **Total** | **USD 1,449,799.31** |

11. To date, Faraday has paid SMR $599,074.50 of the $1,449,799.31 invoiced, as follows:

| **Payment** | **Amount** |
|---|---|
| 7/21/2016 | 347,899.50 |
| 1/18/2017 | 500.00 |
| 1/20/2017 | 150,000.00 |
| 1/30/2017 | 100,000.00 |
| 3/28/2017 | 675.00 |
| **Total:** | **USD 599,074.50** |

Faraday has made no payments since January 2017, except for a $675.00 payment for samples.

12. Faraday has repeatedly acknowledged its outstanding obligation to SMR. For example, on November 30, 2016, Faraday acknowledged that it owed SMR $238,000. Correct copies of relevant e-mail communications between SMR representatives and Faraday representatives are attached hereto as Exhibit C. Further, on August 22, 2017, Faraday confirmed a currently outstanding balance of $850,724.81, plus additional obligations under its purchase orders. Correct copies

of relevant e-mail communications between SMR representatives and Faraday representatives are attached hereto as Exhibit D.

13. Faraday currently owes SMR $850,724.81, exclusive of interest, costs, and attorneys' fees.

## FIRST CLAIM FOR RELIEF
### (For Breach of Contract)

14. SMR repeats each allegation stated above and incorporates those paragraphs by reference.

15. SMR and Faraday agreed to and entered into the Development Services Agreement.  Exhibit A.

16. Under the Development Services Agreement, SMR provided the agreed-upon engineering, development, and testing support ("Services") and materials, prototypes, products, or software delivered in conjunction with such Services ("Deliverables").

17. Under the Development Services Agreement and its purchase orders, Faraday was obligated to pay SMR $1,449,799.31 of which $850,724.81 remains outstanding and unpaid.

18. Faraday admitted it owed an overdue balance to SMR.  Exhibits C and D.

19. Faraday breached the Development Services Agreement by failing to pay the $850,724.81 invoiced for Services and Deliverables and further amounts for work contracted for under the Development Services Agreement and Faraday's purchase orders but which Faraday canceled.

20. Faraday's failure to pay is a material breach of its agreements with SMR, which breach has caused SMR to suffer damages.

21. As a result by the foregoing, SMR is entitled to judgment against Faraday in the amount of $850,724.81 in overdue invoices and the recoverable portion of the $743,054.36 in unfulfilled Faraday purchase orders, plus interest, and

costs according to proof.

## SECOND CLAIM FOR RELIEF

### (For Account Stated as against Faraday Future Inc.)

22. SMR repeats each allegation stated above and incorporates those paragraphs by reference.

23. An account existed between SMR and Faraday, evidenced by SMR's delivery of monthly statements of account to Faraday, reflecting amounts owed for Services and Deliverables. Exhibit E.

24. On its account, Faraday owes SMR $850,724.81.

25. Faraday, having received SMR's regular statements of account, never disputed the amounts reflected in the statements as due and owing to SMR. Moreover, Faraday has admitted the amounts owed. Exhibits C and D.

26. As a result by the foregoing, SMR is entitled to judgment against Faraday in the amount of $850,724.81, plus interest and costs according to proof.

WHEREFORE, SMR prays for relief as follows:

1. For damages not less than $1,593,776.16 plus interest according to proof under the First Claim for Relief;

2. For damages not less than $850,724.81 plus interest according to proof under the Second Claim for Relief;

3. For costs of suit incurred herein to the fullest extent allowed by law; and,

1      4.    For such other and further relief as the court seems just and proper.

3  DATED: November 20, 2017    FRANDZEL ROBINS BLOOM &
        CSATO, L.C.
    CRAIG A. WELIN
    HAL D. GOLDFLAM

    By:    /S/ Craig A. Welin
        CRAIG A. WELIN
        Attorneys for Plaintiff SMR Automotive Australia Pty Ltd.

## JURY DEMAND

Plaintiff SMR Automotive Australia Pty Ltd. hereby demands trial by jury on all issues triable by jury.

DATED:  November 20, 2017

FRANDZEL ROBINS BLOOM & CSATO, L.C.
CRAIG A. WELIN
HAL D. GOLDFLAM


By: _____/S/ Craig A. Welin_____
CRAIG A. WELIN
Attorneys for Plaintiff SMR Automotive Australia Pty Ltd.