# EXHIBIT A



Faraday Future Inc.

## DEVELOPMENT SERVICES AGREEMENT

THIS DEVELOPMENT SERVICES AGREEMENT (the "Agreement") is made and entered into as of this 16th day of February 2016 (the "Effective Date") by and between Faraday Future Inc., a California corporation located at 18455 S. Figueroa St., Gardena, CA 90248 (the "COMPANY"), and SMR Automotive Australia Pty Ltd, located at Sherriffs Road, Lonsdale, SA 5160 Australia, and any other companies of the SMR Group ("SMR"). SMR and Faraday may be referred to individually as the "Party" or jointly as the "Parties." WHEREAS, the COMPANY is desirous of purchasing and SMR is desirous of selling an exterior hybrid mirror camera vision system for the DF91 vehicle project to be designed/manufactured by COMPANY (the "Project"); and

NOW, THEREFORE, in consideration of the mutual benefits, terms and conditions set forth in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, COMPANY and SMR agree as follows:

1. <u>Scope of Development Services</u>.  COMPANY agrees to purchase and SMR agrees to provide engineering, development and testing support ("Services") and if required as part of the Services, any items, materials, prototypes, product or software delivered in conjunction with the Services ("Deliverables") to COMPANY.  The Services and Deliverables are defined within any Statement of Work attached hereto (each, a "Statement of Work"), and incorporated herein by reference.  Any Statement of Work shall reference this Agreement and be subject to the terms and conditions set forth herein.

2. <u>Delivery and Acceptance</u>:

    2.1 SMR shall use its reasonable best efforts to complete the Services and to deliver to the COMPANY all applicable Deliverables, in accordance with the Exhibits to this Agreement. SMR shall deliver to the COMPANY all Deliverables, including documentation if applicable, for evaluation by the COMPANY.

    2.2 Upon the completion of the Service, including related documentation that may be part of the Deliverables, the COMPANY shall evaluate such Services and Deliverables for conformity to the exhibits to this Agreement. The COMPANY shall provide SMR, within 20 days after delivery of such materials, with written acceptance thereof, or a statement of defects to be corrected. In the event there is a defect in the Deliverables both parties will use reasonable resources to determine root cause.  Upon remedy responsible party shall promptly correct such mutually agreed defects.

3. <u>Acceptance of Proposal</u>:  By signing this Agreement, COMPANY and SMR indicate acceptance of all terms and conditions contained in this Agreement, including the exhibits to this Agreement. SMR shall start work upon receipt of this signed Agreement and a Purchase Order from COMPANY.

4. <u>Confidential Information</u>:  To the extent that protection of information or materials transferred or shared pursuant to this Agreement is covered by an existing non-disclosure agreement (NDA) between SMR and COMPANY, the existing NDA shall govern this Agreement. In the event of a conflict between the NDA and this Agreement, the NDA shall govern. If no such agreement exists, each Party hereby acknowledges that a Party (in each case, the "Disclosing Party") may disclose to the other Party (in each case, the "Receiving Party") at any time prior to, during or after the execution of this Agreement, business information which is proprietary, confidential and valuable to the Disclosing Party, including, without limitation, customer lists, pricing, business strategies, processes, formulations, software, products, product developments, product specifications, intellectual property, sales data, business and marketing strategy and other information used by the Disclosing Party in its business operations (the "Proprietary Information").  The Receiving Party shall maintain the Disclosing Party's Proprietary Information in confidence and shall not disclose such Proprietary Information, directly or indirectly, to any third Party, or use such Proprietary Information for the benefit of the Receiving Party or any third party, without the Disclosing Party's prior written consent; provided, however, that the Receiving Party may disclose such Proprietary Information only to authorized employees of the Receiving Party who require such information solely in furtherance of the Receiving Party's obligations under this Agreement and who are bound by written agreements setting forth similar prohibitions regarding the disclosure or use of the Proprietary Information. The obligations with respect to Proprietary Information shall continue for five (5) years after the expiration or termination of this Agreement.



Faraday Future Inc.

5. <u>Working Arrangement</u>: SMR and COMPANY hereby agree to work together in good faith as a team of independent contractors. Nothing in this agreement shall create or be deemed to create any agency, franchise, joint venture, employment, partnership, or other relationship between the Parties, and neither Party shall have power or authority to obligate or bind the other in any manner whatsoever.

6. <u>Visitation/Project Review</u>: COMPANY will be expected to participate in all milestone design reviews. Additional on-site progress reviews should be scheduled with advance notice.

7. <u>Warranty</u>: (a) SMR warrants that the Deliverables will (i) materially conform to the applicable Development Task Description  and specifications furnished and/or specified by Company and (ii) be free from defects in material and workmanship. (b) SMR further warrants that Company will receive good title upon delivery of the Deliverables and Company's payment in full for the Deliverables, free and clear of all liens and encumbrances.  Developer's entire liability and Company's sole remedy under Section 7(a) will be to have Developer, at its cost, correct the material nonconformity.

8. <u>PATENTS; NONINFRINGEMENT WARRANTY AND RESULT:</u> No rights are granted to SMR under any Company patents or pending patent applications except as may be necessary to fulfill Developer's obligations under the Statement of Work. No rights are granted to Company under any SMR Intellectual Property Rights (as defined below). Developer represents and warrants that, to the best of its knowledge as of the Effective date, the Services and the Developer Tools (as defined below) provided under the Statement of Work will not infringe any Intellectual Property of any third party.

9. COMPANY agrees that the limitations of liability and disclaimers set forth in this contract will apply regardless of whether COMPANY has accepted the Services and Deliverables or any other product or service delivered by SMR. The parties agree that SMR has set its prices and entered into this Agreement in reliance upon the disclaimers and limitations set forth herein, that the same reflect an allocation of risk between the parties (including the risk that a contract remedy may fail of its essential purpose or cause consequential loss), and that the same form an essential basis of the bargain between the Parties. It is therefore understood that SMR shall in no case be responsible or liable for consequential, incidental or any other indirect damage that may be caused by its failure to meet conformance per this Agreement or any other reason whatsoever, shall not be able or obligated to hold COMPANY harmless from any claims to be alleged by any third party.

In the event COMPANY elects to stop work on the Project, Services or Deliverables prior to the completion of all Services and Deliverables for the Project, SMR will be entitled to invoice COMPANY for all costs and expenses incurred up to the date of receipt of the notice of termination, plus reasonable termination costs including material disposition costs if applicable.

10. <u>Invoices:</u>  This proposal will be a time and material contract valued and not to exceed the Total Contract Value defined in Exhibit A. Any changes to Services or Deliverables, schedule, assumptions, and/or milestone dates shall affect the contract value. SMR will highlight the impact and calculate the additional effort. SMR will present a change order to account for the additional effort. All payments will be invoiced according the milestone dates and schedule referenced above.

11. <u>Payment:</u>  COMPANY shall pay all invoices within Net 30.  Any invoice clarifications should be brought to SMR's attention in writing before the Invoice due date. SMR will provide official time sheets of employees supporting submitted invoice as agreed to within mountain spend chart identified within Appendix A. After such invoice issues have been resolved, the invoice will be due within five (5) business days or on the original invoice due date, whichever is later. In the event COMPANY elects to stop work on the Project prior to the completion of all deliverables stated for the authorized Project, SMR will be entitled to invoice COMPANY for all costs and expenses incurred up to the date of receipt of the notice of termination. SMR reserves the right to withhold delivery of Deliverables, Intellectual Property, and/or Support until payment for agreed amounts due.

12. <u>Cancellation Process:</u>  In the event there are circumstances which result in the cancellation of the Project and Faraday Future Inc. delivers a termination notice to Developer, SMR will, unless otherwise directed by Faraday Future Inc. and subject to its obligations:

 Faraday Future Inc.

(a)   Terminate promptly all work under this Agreement and transfer title and deliver to the COMPANY all finished work completed prior to receipt of the notice of termination;

(b)   Transfer title and deliver to COMPANY all work in process, and the parts and materials which SMR produced or acquired in accordance with this Agreement and which SMR cannot use in producing goods for itself or for others;

(c)   Verify/settle all claims by subcontractors for actual costs that are rendered unrecoverable by such termination and provided the recovery of materials in Developer's possession is ensured; and

(d)   Take actions reasonably necessary to protect property in Developer's possession in which COMPANY has an interest until disposal instruction from Faraday Future Inc. has been received.

13.   Intellectual Property:

13.1 Definitions:

(a) Intellectual Property ("IP") means confidential information, proprietary information, inventions, improvements, developments, discoveries, technical information, trade secrets, computer programs, source code, writings, designs and patents and patent applications.

(b) Background Intellectual Property ("Background IP") means (i) any Intellectual Property created prior to the Effective Date of this Agreement, or (ii) any Intellectual Property that was not created in the course of performance of services for COMPANY.

(c) Derivative Intellectual Property ("Derivative IP") means any Intellectual Property created as a derivative or improvement work of or derived from one or both party's Background IP;

(d) Foreground Intellectual Property ("Foreground IP") means any Intellectual Property created solely by one Party in the course of performance under this Agreement that is not Derivative IP;

(e) Jointly Developed Intellectual Property ("Joint IP") means any Intellectual Property created jointly by the Parties in the course of performance under this Agreement.

(f) Modeling IP ("Modeling IP") means any Intellectual Property that directly supports system modeling, simulation, performance prediction, or visualization of system behavior or performance.

(g). Information Exchange. It is the intent and understanding of the Parties to maintain and to have an open exchange of technical information during the various phases of the Project. None of the information which may be submitted or exchanged by the Parties shall constitute any representation, warranty, assurance, guarantee or inducement by either Party to the other with respect to the infringement of any Intellectual Property rights, or other rights of third persons.

13.2 Use of Intellectual Property:

(a) Background IP. Background IP provided by each Party shall continue to be owned solely by the contributing Party. Notwithstanding the foregoing, if any SMR IP assigned to COMPANY is found to incorporate any SMR Background IP, SMR agrees to grant to COMPANY a fully-paid, non-exclusive, worldwide, irrevocable, Project specific license to use such Background IP.

(b) Derivative IP. Derivative IP shall be owned solely by the creating Party. Notwithstanding the foregoing, if any SMR IP assigned to COMPANY is found to incorporate any SMR Derivative IP, SMR agrees to grant to COMPANY a fully-paid, non-exclusive, worldwide, irrevocable, Project Specific license to use such Derivative IP.

(c) Foreground IP. COMPANY shall own all right, title and interest in and to Foreground IP if developed under this Agreement upon full payment to SMR of the Total Contract Value. As such, COMPANY shall have the right to obtain and own any and all patents covering Foreground Information. The decision to file for patent protection or to maintain an invention as a trade secret is solely COMPANY's. COMPANY shall be

 Faraday Future Inc.

responsible for all patent protection costs, including, without limitation, costs for the preparation, application, maintenance, accounting, prosecution, enforcement, and defense of each patent. SMR shall disclose to COMPANY any Foreground IP that may be developed in a timely manner. SMR shall provide all necessary assistance, including but not limited to execution of assignments, oaths, and declarations from its respective employees, to assist COMPANY in obtaining and in enforcing its rights in any Foreground IP. COMPANY shall be responsible for all expenses associated with such assistance, including payment to SMR at its then current rates for performing such services, including a premium if key personnel are required on short notice. COMPANY is to advise SMR in a timely manner and in writing with regards to any assistance that would be required that would allow SMR to allocate necessary resources and calculate the cost of required assistance. COMPANY agrees to grant to SMR a fully-paid, non-exclusive, worldwide license to use relevant COMPANY Foreground IP for the sole purpose of delivering goods and services to COMPANY.

(d) Joint IP. SMR and COMPANY's right, title and interest in and to any Joint IP developed under this Agreement shall be subject to a separate agreement mutually negotiated by the Parties.

(e) Modeling IP. Each Party retains full and exclusive rights to its Modeling IP and any Modeling IP it develops under this Agreement. Any results, output or reports generated by SMR from the use of its Modeling IP will be disclosed to COMPANY as Proprietary Information under this Agreement.

13.3  Other than those licenses expressly stated in this Section, nothing in this Agreement shall be deemed to grant licenses under any Intellectual Property Rights.   COMPANY is not permitted to use any trademark or trade name owned by SMR, except that COMPANY may indicate that the Deliverables sold to COMPANY pursuant to this Agreement are "manufactured by SMR Automotive Systems USA, Inc." Any other use of a SMR owned trademark is not permitted, except with SMR's prior written approval.

13.4 SMR warrants that it has the right to grant COMPANY the rights and licenses set out herein, and COMPANY warrants that it has the right to grant SMR the rights and licenses set out herein.

14. <u>Termination</u>: This Agreement may be terminated upon mutual written consent of both Parties or upon the occurrence of any of the following: (i) the other Party defaults in the performance of one or more of its obligations under this Agreement and such default continues for thirty (30) days after written notice of such default is provided to such defaulting party (ii) the other Party becomes bankrupt or insolvent. (iii) COMPANY can terminate this Agreement if the Project happens to be cancelled or postponed for more than 12 months after review at milestones listed in the timetable; provided however that this Agreement may not be terminated for convenience without (i) valid cause listed in this Article and (ii) upon 90 days prior written notice to the non-defaulting Party. This Agreement shall automatically terminate December 31, 2019.

15. <u>Assignment</u>: Neither Party may assign this Agreement nor any of the benefits or obligations contained herein, in whole or in part, without the prior written consent of the other Party.

16. <u>Taxes</u>: COMPANY agrees to pay any state, local or other taxes or charges actually paid by SMR in connection with providing the Services under this Agreement; provided that COMPANY shall not be responsible for the personal income taxes of SMR.

17. <u>Scope Change</u>: In the event that changes to the Services, Deliverables or any schedule or milestone are requested by COMPANY, or proposed by SMR and accepted by COMPANY, the impacted sections of this Agreement shall be updated accordingly. Such updates shall not be binding on either Party until approved by both Parties. These updates will be memorialized in an amendment to this Agreement.

18. <u>Travel</u>: The travel costs incurred by SMR at the request of COMPANY shall be included within quoted costs agreed to as defined in Exhibit A.  In the event that changes to the Services, Deliverables, or schedule or milestones are requested by COMPANY, SMR will require written authorization for these costs from COMPANY before providing any such support or making travel arrangements. This will ensure that COMPANY is not invoiced for any unapproved travel costs.

 Faraday Future Inc.

19. <u>Late Delivery</u>: Late delivery of any Company-supplied item/information or incomplete information or non-functional items will result in at least a day-for-day schedule delay of the remaining schedule of SMR. SMR will highlight in writing if any items or information are critical path and could affect final delivery dates.   Failure of Developer to inform Company of self-inflicted delays will result in a final payment discount calculated as the lesser of 2% accruing week-for-week or 8%.

20. <u>Governing Law</u>: This Agreement shall be governed by the law of the State of Delaware without regard to the conflicts of law provisions thereof.

21. <u>Force Majeure</u>: Neither Party shall be responsible or liable for failing to perform any part of this Agreement or for any delay in performing under this Agreement, directly or indirectly resulting from or contributed to by any foreign or domestic embargoes, seizures, acts of God, insurrections, wars and/or continuance of war; or the adoption or enactment of any law, ordinance, regulation, ruling or order directly or indirectly interfering with its performance under this Agreement; or lack of the usual means of transportation, fires, floods, explosion, strikes or earthquakes; or other events or contingencies beyond its control, either of the foregoing nature or of any other kind.

22. <u>Notices</u>: Notices required to be given by one Party to the other shall be deemed properly given if reduced to writing and personally delivered or transmitted by registered or certified post to the address set forth above, postage prepaid, by facsimile with confirmation receipt, or by air courier, and shall be effective upon receipt.

23. <u>Compliance with Laws</u>: The Parties shall at all times comply with any and all applicable federal, state and local laws, orders, rules and regulations in all relevant jurisdictions, including, without limitation, laws governing the freedom of association, wages and working hours, safety, health and security, quality, immigration, transportation, importation and exportation, anti-discrimination and humane treatment of workers, labor and employment laws.

24. <u>Entire Agreement</u>: This Agreement, including the exhibits attached hereto and any terms, conditions, or documents referenced therein, shall govern the Services and Deliverables and constitutes the entire agreement and understanding between the Parties relating to the subject matter hereof, and supersedes all other agreements between the Parties. Any terms and conditions included in any documentation exchanged between the Parties, such as preprinted purchase order terms or other general terms and conditions, are for administrative purposes only and shall not amend or alter the terms of this Agreement.  In the event of any conflict between the provisions of this Agreement and any exhibit, the provisions of the exhibits (and any existing nondisclosure or confidentiality) shall take precedent over the Agreement.  Failure of either Party to insist in any one or more instances upon performance of any of the terms or conditions of this Agreement shall not be construed as a waiver of future performance of any such terms or condition. In no event shall the terms and conditions contained in this Agreement or any exhibit attached hereto be modified unless it is expressly agreed in a writing signed by individuals of both Parties with full power and authority to bind their company.   The provisions of Sections 4, 7 – 13, 20 – 24 shall survive the expiration, cancellation or termination of this Agreement.

25. <u>Counterparts; Facsimile Execution; Signature</u>: This Agreement may be executed simultaneously in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  Facsimile execution and delivery of this Agreement shall be legal, valid and binding execution and delivery for all purposes.  The individuals signing this Agreement warrant they have full power and authority to bind their company to the obligations set forth in this Agreement and further agree that this Agreement has been executed and is effective as of the Effective Date.

Faraday Future Inc.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date referenced above.

Faraday Future Inc.,                          SMR Automotive Australia Pty Ltd.

By: _____          By: _____

Print Name:  Kent Dose                        Print Name:  John Scott

Title:  Director of Vehicle Purchasing        Title:  General Manager

Date: _____         Date:  19/5/2016.

 Faraday Future Inc.

**Exhibit A**

**Statement of Work**

1.0     Exterior Hybrid Mirror Camera Assembly Mechanical Design & Development

    1.1     Quotation

       1.1.1     A Design & Development quotation was supplied on 16DEC2015 and referenced as "Mechanical Design Breakdown FULL REVA 12_16_2015". This document is attached as Exhibit A1 and defines the Design costs associated with the following Intent.

       1.1.2     Price is USD $874,665.00.

       1.1.3     Payment terms are 30% upon release of initial PO (targeted as January 2016), 60% by June 2016, 10% by March 2017. Payment terms are Net 30 days.

    1.2     Intent:

       1.2.1     SMR Automotive Australia Pty Ltd and other SMR Group companies (SMR) is contracted to design and develop an exterior hybrid mirror camera assembly for the Faraday Future (FF) DF91 vehicle project.

       1.2.2     Specifically, this hybrid design will function both as a traditional exterior mirror assembly and a rear-view camera monitoring pod assembly.

       1.2.3     The project design will utilize SMR or its suppliers' component and system designs of the following. Any ongoing improvement of these components is not included in the development quotation of the project to FF and remains the Intellectual Property of SMR:

          1.2.3.1     SMR Group exterior mirror design standards

          1.2.3.2     Glass actuator assembly, and it's components

          1.2.3.3     Power-fold assembly, and its components

          1.2.3.4     Rear-view camera assembly, and its components

       1.2.4     SMRA will be designing this product for manufacture by SMRA in its production facility in Adelaide, Australia.

    1.3     Design Highlights:

       1.3.1     FF has requested the design have a unique detachable mirror head, leaving the rear-view cameras mounted into the base, or wing, of the assembly. FF has specifically requested this development to be fully funded by FF with the intention of claiming Intellectual Property Rights (IPR) to this design concept – regarded as Foreground IP within the Design Services Agreement (DSA)

    1.4     RASIC Chart.

       1.4.1     The following RASIC chart is agreed between SMR and FF to define the responsibilities specific to the mechanical design and development of the Exterior Hybrid Mirror Camera Assembly. It does not cover the development of the ECU hardware and software.



Faraday Future Inc.

| Item # | Item | SMR | Faraday | Remarks |
|---|---|---|---|---|
| | **Faraday Exterior Mirror/Camera System RASIC** **R = Responsible A = Approve S = Support I = Inform C = Consult** **10th February 2016** | | Rev: C | SMR |
| 1 | Activity | | | |
| 1.01 | | | C | |
| 1.02 | | | C | |
| 1.03 | | | C | |
| 1.04 | | | I | |
| 1.05 | | | I | |
| 1.06 | | | S | |
| 1.07 | | | S | |
| 1.08 | | | S | |
| 1.09 | | | S | |
| 1.10 | | | S | |
| 1.11 | | | C | |
| 1.12 | | | S | |
| 1.13 | | | S | |
| 1.14 | | | S | |
| 1.15 | | | S | |
| 1.16 | | | S | |
| 1.17 | | | S | |
| 1.18 | | | S | |
| 1.19 | | | S | |
| 1.20 | | | I | |
| 1.21 | | | S | I |
| 1.22 | | | I | |
| 1.23 | | | I | |
| 1.24 | | | C | |
| 1.25 | | | S | |
| 1.26 | | | S | |
| 1.27 | | | S | |
| 1.28 | | | S | |
| 1.29 | | | C | |
| 1.30 | | | S | |
| 1.31 | | | S | |
| 1.32 | | | S | |
| 1.33 | | | S | |
| 1.34 | | | S | |
| 1.35 | | | S | |
| 1.36 | | | S | |
| 1.37 | | | S | |
| 1.38 | APQP | | S | |
| 1.39 | PPAP Submission | | | |
| 1.40 | | | S | |
| 1.41 | | | S | |
| 1.42 | | | S | |
| 1.43 | | | I | |
| 1.44 | | | | S |
| 1.45 | | | S | |
| 1.46 | | | S | |
| 1.47 | | | S | |
| 1.48 | | | S | |
| 1.49 | | | S | |
| 1.50 | | | | S |
| 1.51 | | | S | |
| 1.52 | | | S | |
| 1.53 | | | S | |
| 1.54 | | | R | |
| 1.55 | | | S | |
| 1.56 | | | S | |
| 1.57 | | | S | |
| 1.58 | PRODUCTION SUPPORT | | | |
| 1.59 | | | S | |
| 1.60 | | | I | |
| | SIGN OFF | | | |
| | Supplier | SMR | | Faraday |

2.0     Camera Monitoring System (CMS) Electronic Control Unit (ECU) Design & Development

    2.1     Quotation:

        2.1.1     Final quotation submitted by email on 26FEB2016. Document title "Faraday Mirror Replacement EDT Summary_Final Sourcing REVA 02_26_2016". This document is attached as Exhibit A2 and defines the Design costs associated with the following Intent, which was also clarified in the document itself.

        2.1.2     Price is USD $855,500.00.

        2.1.3     Payment terms are 10% upon award (03MAR2016), 30% upon Beta sample submission (targeted for 01JUL2016), 30% upon validation sample submission (targeted for 01DEC2016), 30% upon PPAP completion (targeted for 01DEC2017).

 Faraday Future Inc.

2.2     Intent:
    2.2.1     SMR is contracted to design and develop a CMS ECU, including Dash Camera support for the Faraday Future (FF) DF91 vehicle project.
    2.2.2     Specifically, the product to be developed is defined by the following key points:
        2.2.2.1     3 x Camera Monitoring System (CMS) cameras (1 per side, plus 1 interior mirror replacement.  1.3mp 60fps
        2.2.2.2     1 x forward viewing Dash Camera.  1.3mp 60fps
        2.2.2.3     1 x 4 channel ECU incorporating CMS hardware and software and CAN integration to the vehicle.
        2.2.2.4     No ASIL safety requirements.  This means no functional safety requirements.  FF has accepted that this product will not meet the homologation requirements to pass relevant regulatory body requirements for an automotive camera based mirror replacement system.  FF takes full responsibility for any associated legal action, both civil and criminal, in any jurisdiction, based solely on the use of the CMS without the physical rear-view mirror being affixed to the vehicle.  SMR continues to review its legal position on this matter.
        2.2.2.5     The system includes Error Blocking detection software, auto calibration, zoom and pan functionality.  All of these features are pre-existing development projects within SMR.
    2.2.3     The project design will utilise SMR or its suppliers' component and system designs of the following.  Any ongoing Improvement of these components is not included in the development quotation of the project to FF and remains the Intellectual Property of SMR.:
        2.2.3.1     Rear view camera assembly, and its hardware and software components
        2.2.3.2     Front view camera assembly, and its hardware and software components
        2.2.3.3     4 Channel ECU, including core functionality hardware and software excluding specific interface to vehicle CAN.

2.3     Design Highlights:
    2.3.1     As noted above, the CMS system is not designed to meet ASIL safety (functional safety) requirements.  FF has been fully aware of this fact since the early stages of the bid process.  Point 2.2.2.5 covers the concerns SMR still has in terms of potential future legal disputes and wants to use this document to formally reinforce the current regulations would not allow this system to be driven without the physical mirrors being present at all times.

2.4     RASIC Chart.
    2.4.1     The following RASIC chart is agreed between SMR and FF to define the responsibilities specific to the mechanical design and development of the CMS Electronic Control Unit (ECU).  It does not cover the mechanical development of the Exterior Hybrid Mirror Camera Assembly (refer 1.5)



Faraday Future Inc.

**Faraday ECU/Camera Hardware and Software development RASIC**

R = Responsible  A = Approve  S = Support  I = Inform  C = Consult  
Rev: Inital  
9th May 2016

| Item # | Item | SMR | Faraday | Remarks |
|---|---|---|---|---|
| 1 | **Activity** | | | |
| 1.01 | Outline requirements ECU Camera Hardware and Software development | R | | |
| 1.02 | Create and maintain Specifications document | C | | |
| 1.03 | Develop Test Standards document | | | |
| 1.04 | Assess part numbers and cost analysis, create shell BOM | C | | Vehicle BOM from FF, Detailed BOM from SMR |
| 1.05 | Create and issue Design Concept Sheets for all major parts and software | I | | To be discussed with FF |
| 1.06 | Create and maintain level Product Structure in integration | C | | |
| 1.07 | | | | |
| 1.08 | Create FMEA for all systems | | S | |
| 1.09 | Create and maintain Verification matrices | C | | Prerequisite for DVP |
| 1.10 | Develop Design Verification Plan (DVP) | C | | |
| 1.11 | Assess supply both referenced and OEM, calculation to be identified by vehicle concern areas | C | | |
| 1.11 | ECU Camera Hardware and Software System display | | S | |
| 1.12 | Individual component detail design | | S | |
| | | | | |
| | | | | |
| 1.13 | Create 3D detailing for each component | C/A | C | |
| 1.14 | Feasibility level assessment for Beta | S | | |
| 1.15 | Specify FF components or equal emulators for functional confidence | S | | |
| 1.16 | BETA Prototype Part program build release | S | | |
| 1.17 | BETA parts supply | | I | |
| 1.18 | BETA parts approval | C | | |
| 1.19 | BETA vehicle build | S | | |
| 1.20 | Review body construction and performance - raise CONCERN as required | S | | |
| 1.21 | Review body construction, including tolerances and deviations | | | |
| 1.22 | Revise detailed part design - 3D model to PPAP level | | S | If/when required |
| 1.23 | Revise 2D drawing for each component to PPAP level | | S | |
| 1.24 | | | | |
| 1.25 | Dimensity of testing of Motor driven ECU/Camera system and relevant body closures | S | | |
| 1.26 | Review durability test performance and amend body and External Mirror design if required | S | | To be discussed with FF |
| 1.27 | Review body construction including tolerances and deviations | | | |
| 1.28 | Evaluate ECU installation and fibre for assembly to body with virtual / physical parts | S | | |
| 1.29 | Open Issues management | | | |
| 1.30 | Production design release in FF  electronic CAD database | S | | |
| 1.31 | Production / Initiate Packaging Trials | | | |
| 1.32 | Production parts supply | | I | |
| 1.33 | APQP | | | |
| 1.34 | PPAP Submission | | | |
| 1.35 | Reconcile / dispose of packaging concept and supply | | | |
| 1.36 | Installation trials on production line if required | S | | |
| 1.37 | Pilot Production build | S | | |
| 1.38 | Vehicle production build at specified rate | I | | announcement time to be agreed |
| 1.39 | Provide testing for all parts/parts resolutions | S | | |
| 1.40 | FOV and regulatory compliance to all applicable markets | S | | |
| 1.41 | Door structure PFA performance to be inline with mirror/camera needs | S | | |
| 1.42 | EMC verification | S | | |
| 1.43 | service instructions | S | | lineation customer manual |
| | | | | |
| 1.44 | Homologation of CMS (CCC, Taiwan, ECE, India) | I | | not meet cable today |
| 1.45 | Define reference for BP | | | |
| 1.46 | Define Scheduling/ecision procedure | S | | announcement time to be agreed |
| 1.47 | Define service part and accessories procedure, inclusive of packaging | S | | |
| | | | | |
| 1.48 | Specify Camera FOV and alignment etc | S | | |
| 1.49 | Define supply method for camera pod cover and disposition within vehicle | S | | |
| 1.52 | **PRODUCTION SUPPORT** | S | | |
| 1.53 | Provide and maintain Mirror timing plan | | I | |
| 1.54 | Provide Vehicle level timing plan | | | |
| | | | | |
| | SIGN OFF | | | |
| | Supplier          SMR | | Faraday | |

 Faraday Future Inc.

**Exhibit A1**

**Mechanical Design Breakdown**

| Category | Detailed description | Type of cost | Unit of measure | Cost/unit | | Units | Total cost | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Price Breakdown (PBD)- CONFIDENTIAL | | | | |
| Design/styling | Design/Development | Wages | Hours | $ | 75.80 | 785 | $ | 59,503 | |
| Design/styling | Intensive Design | Wages | Hours | $ | 75.80 | 1900 | $ | 144,020 | |
| Design/styling | Drawing Time | Wages | Hours | $ | 75.80 | 325 | $ | 24,635 | |
| Design/styling | Change Management | Wages | Hours | $ | 75.80 | 445 | $ | 33,731 | |
| Design/styling | TOTAL | Wages | Hours | | | 3455 | | | |
| Engineering | Tool Follow-Up | Wages | Hours | $ | 64.12 | 1100 | $ | 70,532 | |
| Engineering | Project Engineering | Wages | Hours | $ | 75.80 | 2250 | $ | 170,550 | |
| Engineering | | Wages | Hours | | | | | | |
| Engineering | | Wages | Hours | | | | | | |
| Engineering | | Wages | Hours | | | | | | |
| Engineering | TOTAL | Wages | Hours | | | 3350 | | | |
| Simulation/CAE | FEA/SPEOS | Wages | Hours | $ | 75.80 | 500 | $ | 37,900 | |
| Simulation/CAE | Mold Flow | Wages | Hours | $ | 75.80 | 250 | $ | 18,950 | |
| Simulation/CAE | | Wages | Hours | | | | | | |
| Simulation/CAE | | Wages | Hours | | | | | | |
| Simulation/CAE | TOTAL | Wages | Hours | | | 750 | | | |
| Project management | Project Manager | Wages | Hours | $ | 101.04 | 1400 | $ | 141,456 | |
| Project management | | Wages | Hours | | | | | | |
| Project management | | Wages | Hours | | | | | | |
| Project management | | Wages | Hours | | | | | | |
| Project management | TOTAL | Wages | Hours | | | 1400 | | | |
| Other (specify) | NPI Quality | Wages | Hours | $ | 64.12 | 1200 | $ | 76,944 | |
| Other (specify) | NPI Assy Equipment | Wages | Hours | $ | 64.12 | 1200 | $ | 76,944 | |
| Other (specify) | | Wages | Hours | | | | | | |
| Other (specify) | | Wages | Hours | | | | | | |
| Other (specify) | TOTAL | Wages | Hours | | | 2400 | | | |
| Testing/validation | Prototype | Testing | Tests | $ | 13,500.00 | 1 | $ | 13,500 | |
| Testing/validation | Prototype Validation (DV) | Testing | Tests | $ | - | 0 | $ | - | |
| Testing/validation | Prototype Validation (PV) | Testing | Tests | $ | - | 0 | $ | - | |
| Testing/validation | | Testing | Tests | | | | | | |
| Testing/validation | | Testing | Tests | | | 1 | | | |
| Travel | 2 trips, 1 week ea | Misc. Expenses | Trips | $ | 3,000.00 | 2 | $ | 6,000 | |
| Travel | (no on-site quoted) | Misc. Expenses | Trips | | | | | | |
| Travel | | Misc. Expenses | Trips | | | | | | |
| Travel | | Misc. Expenses | Trips | | | | | | |
| Travel | | Misc. Expenses | Trips | | | | | | |
| GRAND TOTAL | | | | | | | $ | 874,665 | |



Faraday Future Inc.

Hours of work/(number of tests/number of trips

| Month | Value 1 | Value 2 | Value 3 | Value 4 |
|---|---|---|---|---|
| 2015 May | | 170 | 320 | |
| 2015 Jun | | 170 | 465 | |
| 2015 Jul | | | | |
| 2015 Aug | 200 | | 640 | 40 |
| 2015 Sep | 200 | 150 | 640 | 40 |
| 2015 Oct | 100 | 150 | 620 | 80 |
| 2015 Nov | 150 | 150 | 325 | 80 |
| 2015 Dec | 100 | 150 | 50 | 80 |
| 2016 Jan | | 100 | | 80 |
| 2016 Feb | | 100 | | 50 |
| 2016 Mar | | 120 | | 50 |
| 2016 Apr | | 120 | 90 | 50 |
| 2016 May | | 120 | 90 | 60 |
| 2016 Jun | 80 | 120 | 90 | |
| 2016 Jul | 80 | 120 | 85 | |
| 2016 Aug | 80 | 120 | | |
| 2016 Sep | 80 | 120 | | |
| 2016 Oct | 80 | 120 | 100 | |
| 2016 Nov | 80 | | | |
| 2015 Dec | 80 | | | |
| 2017 Jan | 1,440 | | | |



 Faraday Future Inc.

**Exhibit A2**

**Faraday Mirror Replacement EDT Summary**

*Balance Sheet*

FARADAY OF93  PO/INVOICING TRACKING   US$   March 2017 Update

Spec# : Office/Faraday PO - Invoice Tracking Update 39.3.17

### MIRRORS

| No. | Source Country of Goods | P/Order / Date | PO Date | TOTAL Purchase order Value (US$) | Despatch Status | Invoice Split | Tax Invoice Date | Total Invoiced Amount | NoRA Invoice No. | Payment Status | Balance to be Invoiced | Pending Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Australia | 4500000175 | 16-Sep-2014 | $378,859.57 | Partial Despatch from Australia | Yes | 17-Nov-2014 | $329,649.81 | CMVK0600200575 | $329.59 29,649.81 + $1286.50/91/17 | $0M 575 M | ($ 0) 91 71 | New data pilot SoM R30 - replaces P20 5651-078 |
| | | | | | Partial Despatch from Australia | | 18-Dec-2014 | $86,236.59 | CMVK0600200575 | Pending | $0M 575 M | ($ 0) 91 71 | New ESB1 for box's U$75,869.81 (included in PL) |
| 2 | Germany | 4313-3197 | 22-Apr-2014 | | | Yes | | | | | | | ESB1 Graph/Column |
| | | | | | | $80,111  (20%) on acct | Partial Invoiced 20% US2/5/14 | $49,154.00 | | payment received 11/7/13 | $0.00 | | |
| | | | | | | $294,639  (70%) then Invoice | 13-Nov-2015 | $204,999.00 | CMVK0600200558 | Pending | $4.00 | $204,230.00 | |
| | | | | | Being Inspection | (10%)/AW  (10%) then Invoice | to be Invoiced | | | | $200,230.00 | | |
| | | | | | | $294,639  (10%) then | to be Invoiced | | | | $799,230.00 | | |
| 3 | Australia | 4313-3198 | 19-May-2016 | $794,650.00 | | Yes | | | | | | | ESB1 - Mirror/Camera Pod |
| | | | | | Despatch in Progress | $524,399.00  (66%) Despatch Instructn | 18-Mar-2017 | $514,799.00 | CMVK0600200007 | payment received 3/14/2018 | $0.00 | $514,399.00 | |
| | | | | | | $37,748.50  (5%) Final Release | to be Invoiced | | | | $47,748.50 | | |
| 4 | Germany | 4313-3609 | 18-Mar-2014 | $48,954.52 | Partial Despatch from Germany | Yes | 19-Dec-2015 | $48,290.00 | | Pending | $4,290.00 | | ESB & mirror cameras, DVL's replacements |
| 5 | Germany | 4500004018 | 23-Jun-2015 | $4,190.54 | Switch to camera | Yes | being invoiced | $0.00 | | | $4,190.94 | | New SoM - replaces SE55-7061 Camera's & DVL's |
| 6 | Germany | 4500045873 | 20-Aug-2014 | $670.00 | Fully Despatched Germany/Holland | Yes | 21-Nov-2014 | $671.40 | | Pending | $0.00 | $671.50 | Dirk camera/s incl samples (3 off.) |
| 7 | Australia | 4500001065 | 14-Oct-2014 | $54,845.55 | Fully Despatched Australia (SM1/SM4) | Yes | 11-Nov-2014 | $29,848.00 | 4300200020-XK | Pending | $0.00 | $19,845.55 | Full outrear Camera Pod (3 prt off) |
| | | | | $1,377,740.67 | | Total | | $1,064,476.95 | | | $701,834.24 | $494,711.01 | |

### SHARK  FIN  Feasibility Study

| No. | Source Country of Goods | P/Order / Date | PO Date | TOTAL Purchase order Value (US$) | Despatch Status | Invoice Split | Tax Invoice Date | Invoiced Amount | SHARA Invoice No. | Payment Status | Balance to be Invoiced | Pending Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Australia | 4500009157 | 07-Oct-2016 | $33,350.00 | Feasibility completed & samples sent | | 25-Dec-2016 | $30,230.00 | 5010050000016 | Pending | $0.00 | $19,230.00 | Feasibility Study |

Jan 2017 Update :   1. Bal'd US$155.00 payment. Assume approval PO PO 4500001089
2. PO 4313-7263 (30 + 6c) cancelled & replaced by 4500060616 ($4,190)  & DVL's x 5

Jan 2017 Update 2 :   1. Pro'd a further US$ 630 payment 17/12/17. Assume approval PO 4500062082

March 2017 Update   1. Invoiced US$30.6,290 + 9c for Shark design completion.

# REVISED PRODUCT CYCLE PLAN

Revision Date: 06/07/2017



| Vehicle Type | MFG Location | 2018 | 2019 | 2020 | 2021 | 2022 | 2024 Capacity Planning Volume |
|---|---|---|---|---|---|---|---|
| Large Crossover (DF91) | | 150 | 6,000 | 10,000 | 35,090 | 52,049 | 50,000 |
| Large Sedan (LE90) | | | 10,000 | 27,518 | 62,043 | 92,045 | 125,000 |
| Medium Crossover (DF81) | | | | | 3,331 / 6,662 | 28,382 / 42,572 | 125,000 |
| Compact Hatch (LE60) | | | | | 37,632 | 37,558 / 63,951 | 400,000 |
| Medium Sedan (LE80) | | | | | | 28,256 | 120,000 |
| Small Crossover (DF71) | | | | | 2,739 | 49,403 / 40,421 | 260,000 |
| **TOTAL** | | 150 | 16,000 | 37,500 | 147,500 | 435,000 | 1,080,000 |
| North America | | 75 | 5,918 | 13,178 | 30,606 | 139,283 | |
| China | | 75 | 10,082 | 22,052 | 102,973 | 246,636 | |
| ROW | | 0 | 0 | 2,288 | 14,388 | 48,618 | |
| **GLOBAL SALES** | | 150 | 16,000 | 37,518 | 147,497 | 434,637 | |

FARADAY FUTURE COPYRIGHT 2017     PROPRIETARY AND CONFIDENTIAL     CORPORATE STRATEGY



FF91 Program Timing

Revision Date: 06/07/2017

Panels: Future

## 2017

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |

Program Restart 07/05

Lab Car MRD 09/01

Front Sled GA MRD 11/15

Gamma BIW MRD 11/21

G1 Crash GA MRD 12/04

G1 GA Start 12/19

## 2018

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |

#1 Gamma Crash Vehicle Complete 12/04

G2 Gamma Runners GA MRD 01/08

PV Build (approx. share date)

PV GA MRD 07/20

1st In Plant Build start (BIW) 08/03

MFC Build start (BIW) 10/18

SOP 10/25

Total volume for 2018 is 120 vehicles

5   20   35   35   25

Version 7.1
Updated on 05/31/2017
Approved on 06/06/2017
Program Management Office

Compliance testing (24 crash cars / two car trades. 26 total build cars)

Quality level

PPAP/PV

Quality level 1

PVP/Runner

Quality level 1

### Gamma Build

Content Requirement:
- Production Design intent
- Quality requirements – See separate SOE Document

Number of vehicles:
- TOTAL: 31 (incl. Bucks) + Spares
- G1 Build= Crash Vehicles (7 Crash, 2 Tear Down, 1 Side Sled)
- G2 Build = Full Runners (2 Crash, 19 runners)

### PV Build

Requirement to the content
- 100% Production parts, off tool and off process

### Gamma Builds (G1 & G2) Parts Required

1. LabCar: Everything that connects to a Wire Harness. Includes ECUs & all Electrical components.

2. Front Sled: Restraints, Airbags, Front Interior, Steering Wheel, Seats, Beta BIW

3. Crash Cars (G1): Gamma BIW, Chassis, Front Interior, Steering Wheel, Restraints, Front Seats, Thermal, Front & Rear Fascia, Powertrain & Battery (Gamma Design & Reduced Functionality), Front IoV components (Gamma Design, no functionality), 12V & ADAS (Mass Representative)

4. Full Vehicles (G2): All Design & Production Intent Gamma components

Gamma Build

Gamma BIW Build (approximate range)

Gamma GA Build (approximate range)

PROPRIETARY AND CONFIDENTIAL

FARADAY FUTURE COPYRIGHT 2017

## FF91 Key Dates - INTERNAL

| Milestone | @FF |
|---|---|
| Lab Car MRD | 01 September 2017 |
| Front Sled GA MRD | 15 November 2017 |
| Gamma QA Documentation | 06 November 2017 |
| Gamma - BIW MRD | 21 November 2017 |
| Gamma1 - GA MRD | 04 December 2017 |
| Gamma - Build Start | 19 December 2017 |
| 1st Gamma finished | 26 December 2017 |
| Gamma2 - GA MRD | 08 January 2018 |
| PPAP @ PV | 20 July 2018 |
| PV MRD GA | 20 July 2018 |
| PV - Build start | 03 August 2018 |
| PPAP @ MFC | 4 weeks prior MFB event |
| MFC - GA | 4th October 2018 |
| MFC- Build start | 18 October 2018 |
| PPAP (full) | 4 weeks prior MFEt event |
| SOP | 25 October 2018 |

# EXHIBIT B

## RE: SMR - Escalation for overdue payment

Carl Ellis [Carl.Ellis@ff.com]
**Sent:** Friday, 14 April 2017 11:30 AM
**To:** Sam Vial (Motherson Innovations)
**Cc:** Tom Wessner [Tom.Wessner@ff.com]; Matthew Partsch [Matthew.Partsch@ff.com]; Hong Bae [Hong.Bae@ff.com]; Carlos Gonzalez [Carlos.Gonzalez@ff.com]; Andrea Asten [Andrea.Asten@ff.com]; Christopher LaMorte [Christopher.LaMorte@ff.com] ; Maggie Zhang [Maggie.Zhang@ff.com]

Hello Sam,

I hope you are doing well, Carlos and the team here remined me that I didn't specifically address the requests you made in section 2.4 below, my apologies for the oversight there, please allow me to do that now.

2.4 - SMR is now formally requesting the following from Faraday Future:

  a. Clarification when the overdue monies will be paid.  We request a summary of targeted payment dates and amounts.

    As per my e-mail below, right now I have no visibility of incoming funds, so it would be very unprofessional of me to commit to a payment plan at this time. All I do know is that Stefan Krause our new CFO is actively pursuing outside investment to supplement the unpredictable flow of money from China and he is confident that we will see significant funding at the end of May / June timeframe.

  b. Modification of future payment terms to payment in advance.  SMR can no longer continue development without advance payment for the work to be carried out – Completely understood and agreed to with the caveat that once we do receive what will effectively be our Series 'A' funding and build up a history of regular payments to SMR for services rendered, we can review terms again with a view to reverting to Net 30 or similar.

  c. Agreement to modify payment terms for issued Purchase Orders to "up-front payment" – Agreed, with the same note as above.

  d. SMR is unable to continue with any form of product development for FF, including weekly project meetings, until a), b) and c) are achieved – Again, completely understood in the circumstances. Our timing will undoubtedly go out based on our current cash-flow situation, so timing for re-engagement will need to be understood and factored in accordingly.

Happy to discuss in more detail, or schedule a conference call with Stefan if you wish, so you can discuss our business plan, funding etc.

Please let me know.

Regards

**Carl Ellis**
Director of Vehicle Purchasing

 Faraday Future

18455 S Figueroa St, Gardena, CA 90248

e  carl.ellis@faradayfuture.com
c  424 237 4802
w  www.faradayfuture.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited

**From:** Carl Ellis
**Sent:** Thursday, April 06, 2017 3:25 PM
**To:** Sam Vial (Motherson Innovations) <sam.vial@smr-technologies.com>
**Cc:** Tom Wessner <Tom.Wessner@ff.com>; Matthew Partsch <Matthew.Partsch@ff.com>; Hong Bae <Hong.Bae@ff.com>; Andrea Asten <Andrea.Asten@ff.com>; Christopher LaMorte <Christopher.LaMorte@ff.com>; Maggie Zhang <Maggie.Zhang@ff.com>
**Subject:** RE: SMR - Escalation for overdue payment
**Importance:** High

Hello Sam,

First of all, my apologies for the late response to your e-mail, I have been in a lot of meeting recently, but that's no excuse. We were expecting significant funding to hit us at the end of March, but unfortunately it did not arrive. According to our new CFO, Stefan Krause, we should receive further funding in approx. 8 weeks' time, which obviously presents us with a problem in the short term.

Up to now we have been allocating funds we have received to key suppliers like SMR in a conscious effort to reduce the past due balance, but it's certainly looking like we will be unable to make any more payments until the end of May '17.

I appreciate that SMR have continued to support Engineering calls and provide information to FF despite the past due balance and I will completely understand if you now have to withdraw these services and temporarily re-allocate resources until such time as we can pay you in full and agree the terms of re-engagement.

I can confirm that SMR are on the Priority List of suppliers to pay once we do receive funding, but I only show a past due balance of $326,426.81, so clearly, we have a disconnect in terms of what is owed, which I' sure we can address quickly.

I realize that this is not the best of news, but I wanted to be honest with you so we can work out a way forward which keeps SMR engaged, albeit with a greatly reduced level of support, until we can pay you in full.

Finally, I would be happy to set up a meeting / conference call between Stefan and SMR's Exec. Team to address any questions / concerns they may have about our funding or business plan if that would help to restore confidence in FF, inc. as a customer.

Please let me know if you want me to schedule a call.

Thank you,

Regards

**Carl Ellis**
Director of Vehicle Purchasing



Faraday Future

18455 S Figueroa St, Gardena, CA 90248

e   carl.ellis@faradayfuture.com
c   424 237 4802
w   www.faradayfuture.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited

**From:** Sam Vial (Motherson Innovations) [mailto:sam.vial@motherson-innovations.com]
**Sent:** Monday, April 03, 2017 1:57 PM
**To:** Carl Ellis <Carl.Ellis@ff.com>
**Cc:** Badgley, Jason R. (Motherson Innovations) <Jason.badgley@motherson-innovations.com>; Charlie Spencer <Charlie.Spencer@ff.com>
**Subject:** RE: SMR - Escalation for overdue payment
**Importance:** High

Dear Carl,

It has been sometime since we have communicated.  I trust you are well.

**LAST MEETING SUMMARY:**

1.1 - Our last conversation occurred on 19-JAN-2017 in which we discussed SMR's position to stop work on any Faraday Future (FF) related projects until outstanding payments were made and request to modify ongoing payment terms both for Development Phase and Tooling Kick-off was discussed.
1.2 - Attendees of that call were:
      a) FF: C. Ellis, T. Wessner, C. Spencer, M. Partsch, C. Gonzalez, C. LaMorte
      b) SMR: S. Vial, J. Badgley, J. Kenzie
1.3 - At that time FF understood SMR's position and conveyed their appreciation of SMR's efforts to date and extra help to ensure CES was a success.  SMR advised it would continue with weekly project meetings for both the Camera Monitoring System (CMS) and Shark-Fin developments, but halt any further design development. FF confirmed it would make payments to SMR as soon as it had the resources to do so.

**2.0  CURRENT FINANCIAL STATUS & REQUEST FOR PAYMENT**
2.1 - Whilst SMR appreciated the payments made by FF in January 2017 (USD250k in total), we still have a growing amount of overdue invoices and further activity we are still to invoice.
2.2 - A summary of payables is attached but the overview is as follows:
      a) Total Value of POs Issued by FF = USD2,192,903.67
      b) Paid = USD597,949.50
      c) Payment Due = USD851,899.81
      d) To be Invoiced = USD743,054.36
2.3 - SMR has now entered its new fiscal year effective from 01-Apr.  We have had to roll-over these over-due payments and this means an escalation within our business.
2.4 - SMR is now formally requesting the following from Faraday Future:
      a) Clarification when the overdue monies will be paid.  We request a summary of targeted payment dates and amounts.
      b) Modification of future payment terms to payment in advance.  SMR can no longer continue development without advance payment for the work to be carried out.
      c) Agreement to modify payment terms for issued Purchase Orders to "up-front payment".
      d) SMR is unable to continue with any form of product development for FF, including weekly project meetings, until a), b) and c) are achieved.

**3.0  CMS SCOPE CREEP & PROJECT SPECIFICATION REQUEST**
3.1 - As project meetings have continued until now, we are getting more concerned of the significant scope creep of the program related to the camera monitoring system (CMS) program.
3.2 - Whilst our development contract clearly defined the CMS product as not requiring ASIL level Functional Safety, all recent discussions have been asking for a change in scope to consider varying levels of Functional

Safety.  SMR has not budgeted appropriate levels of human resource to this project to support such a request, nor did the design costs quoted cater for such a request.

3.3 - SMR is unable to satisfy this request without a formal Request for Quote or suitable Request for Scope Change document that clearly defines FF new specification.

3.4 - Furthermore, SMR is unable to proceed with any RFQ process until overdue invoices are paid.

3.5 – SMR also seeks clarification from FF on updated project timing, key delivery dates, production location and targeted production volumes, including ramp-up plan.

### 4.0  ONGOING ENGAGEMENT & NEXT STEPS

4.1 - SMR cannot continue with weekly project meetings for either CMS or Shark Fin projects until the requests in #2.4 above are achieved.

4.2 - SMR will support weekly ongoing Business Development face-to-face engagement to maintain the relationship with FF.  Jason Badgley will remain the key contact.  We want communication to continue both commercially and at a macro product development level.

4.3 – SMR absolutely wants to support FF in being a success.  Our Vice-Chairman was driven in the FF91 at CES and was blown away by the vehicle.  The show car on display was a true success and SMR was proud to have helped make that a success.  However, SMR is unable to continue to support this development with so many commercial uncertainties.

I would like to set up another call to discuss this with you.  Is Thursday 06-APR at 1.30pm LA time suitable ?  If not, can you please offer an alternative time for either Thursday or Friday ?

Kind regards,

Sam

**Sam Vial**
Director, Global Business Development

**Motherson Innovations**
c/o SMR Automotive Mirrors UK | Castle Trading Estate | East St | Portchester | PO16 9SD | UK
My contact details:
Tel +44 (0)7825 637879
sam.vial@motherson-innovations.com
Motherson Innovations is a member of Samvardhana Motherson Group

Please don't print this email unless you really need to. This will preserve trees on our planet.

**From:** Sam Vial (Motherson Innovations)
**Sent:** 18 January 2017 08:19
**To:** Carl.Ellis@ff.com
**Cc:** Charlie Spencer <Charlie.Spencer@ff.com>
**Subject:** SMR - Escalation for overdue payment
**Importance:** High

Hi Carl,

Following on from the email trail below, are you available tomorrow (19-JAN) to discuss this further?  Is 9.30am (LA) a suitable time for you ?  If not, can you please advise an alternative ?

**Key concerns:**

1) I need confirmation that the below has been communicated to your broader engineering and purchasing teams that are working with us.  We are having a lot of queries from FF coming our way currently, but we are unable to progress further with development work until overdue and future payments owning are resolved.  If payment cannot be clarified, at some point in the near future, SMR will need to make a decision what it is doing with its engineering resources allocated to this project.

2) Can FF give some feedback on payment status.  Per attached, we have the following overdue for payment:
    Hybrid CMS mirror = USD$561,940.81 (various invoices)
    Shark Fin = USD$15,160.00 (feasibility study)
    For your information, the total value of Purchase Orders currently raised against SMR for Design &
Development is USD2.2m, _excluding_ tooling.
3) We are already way past design freeze and tooling kick-off to meet off-tool parts for Gamma build.  Given
the number of Gamma cars that FF is targeting, the cost of building prototypes for these would be
astronomical.  This must be the same situation for other suppliers also, so we need to discuss project timing
and understand what is being adjusted given these payment / project delays.

I'd appreciate if you could confirm the meeting timing for Thursday 19-JAN.

Kind regards,

**Sam Vial**
Director, Business Development

**Motherson Innovations**
c/o SMR Automotive Mirrors UK | Castle Trading Estate | East St | Portchester | PO16 9SD | UK
My contact details:
Tel +44 (0)7825 637879
sam.vial@motherson-innovations.com
Motherson Innovations is a member of Samvardhana Motherson Group

Please don't print this email unless you really need to. This will preserve trees on our planet.

**From:** Sam Vial (Motherson Innovations)
**Sent:** 09 January 2017 23:31
**To:** Carl Ellis <carl.ellis@ff.com>; Charlie Spencer <charlie.spencer@ff.com>
**Subject:** Re: CES Feedback & What's Next

Thanks Charlie,

I'd prefer it known internally within FF that we can't react likely at the speed your teams need until this is
resolved.

We're happy to keep calls going at a project management level but the actual "work" won't be progressing
without resolving the financial situation.  I don't like this position, but if FF can't honour the terms of the
financial transaction, SMR can't honour the terms of the project transaction.

This impacts :
- CMS hardware and software development
- Front dash cameras, and the others 3 CMS cameras
- Physical rear view exterior mirrors
- Shark fin development
- Beta prototype delivery.

Emails are not appropriate to discuss this in detail , so I'd prefer to work with Carl to setup a suitable TC to
discuss in detail and work out where to from here.

Hopefully by the end of next week ??

Kind regards,

Sam Vial.

On Mon, Jan 9, 2017 at 3:19 PM -0800, "Charlie Spencer" <Charlie.Spencer@ff.com> wrote:

Understood – we have a weekly development meeting for the camera development that I'm responsible for, shall I hold this off for the meantime, or are you happy for this to continue quietly?

Best regards - **Charlie Spencer**

**From:** Sam Vial (Motherson Innovations) [mailto:sam.vial@smr-technologies.com]
**Sent:** Monday, January 09, 2017 3:17 PM
**To:** Carl Ellis <Carl.Ellis@ff.com>; Charlie Spencer <Charlie.Spencer@ff.com>
**Subject:** Re: CES Feedback & What's Next

Thanks Charlie,

I know the pressure will be on cash from all sides, but just wanted to restate our position regarding this matter.

I simply don't want anyone within FF pointing the finger at us if we can't progress further with development; I'd like to avoid that embarrassing discussion between both companies with the "workers" on the projects, like Jimmy, Chris, Patrick and Lynn with our own team.

Carl, perhaps when you know more, can you call me directly please ?  I need something to go back to our CFO pretty soon please.

Kind regards,

Sam

On Mon, Jan 9, 2017 at 3:09 PM -0800, "Charlie Spencer" <Charlie.Spencer@ff.com> wrote:

Hi Sam,

I'm sure you'll get a far more executive thank you from the higher ups, but I wanted to express my personal thanks to SMRs above and beyond commitment to making CES a success for us.

I fully understand SMRs concerns and yes, you're right, you are not the only vendor asking these questions!

The financials are largely out of my hands so I will sit down with Carl to get a better picture of where we are and what we can do to address the situation, and update you as soon as possible.

Best regards - **Charlie Spencer**

**From:** Sam Vial (Motherson Innovations) [mailto:sam.vial@smr-technologies.com]
**Sent:** Monday, January 09, 2017 2:32 PM
**To:** Carl Ellis <Carl.Ellis@ff.com>; Charlie Spencer <Charlie.Spencer@ff.com>
**Subject:** Fwd: CES Feedback & What's Next

Dear Carl and Charlie,

Seeing as I'm addressing you both , I'll start with "Happy New Year" even though I bumped into Charlie at LAX last week.

We're really glad CES worked out and are proud to have supported that work.  Per below we see FF is charging ahead with the next challenges.

However, we firstly need to swing the conversation back to financials. Without getting this settled we will be unable to continue the product development. I'm already getting huge pressure inside the parent company senior executive team to update them on status.

Given we went the extra mile when it was needed, I'm asking if you guys can do what you can to get us up top on the payment list and provide formal clarification about expected payment date.   We also will require this for invoices that are not yet due. I can provide the summary again shortly (still travelling currently ).

I'm sure you're getting the same from multiple vendors but without settling this, it will be very difficult to continue the development.

Happy to discuss over the phone when I land back in the UK.

Kind regards,

Sam Vial.

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately and destroy all copies of this message and any attachments. WARNING: Computer viruses can be transmitted via email. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus/trojan/worms/malicious code transmitted by this email. www.motherson.com

EXHIBIT C

**Vial, Sam (Motherson Innovations)**

| | |
|---|---|
| **From:** | Carl Ellis <Carl.Ellis@ff.com> |
| **Sent:** | 30 November 2016 17:54 |
| **To:** | Kenzie, Jeffrey B. (SMR) |
| **Cc:** | Badgley, Jason R. (SMR); Sam Vial (SMR Technologies); Kent Dose; Andrea Asten; Sherry Ding; Maggie Zhang; Lynn Collins; Christopher LaMorte; Charlie Spencer; Schmidbauer, Roland (SMR); Orme, Simon (SMR) |
| **Subject:** | RE: FF DF91: SMR Invoices & Hardware Shipment |

Hi Jeff,

Sorry for the late response and thanks for your continued support despite the fact that we owe you $238k as of yesterday !. Right now, as Andrea eluded to, we have no visibility of incoming funds, which is a little frustrating as you can imagine. We know that cash is inbound, but we don't know when it will hit or how much we will receive, which makes planning payment pretty challenging.

I understand that due to the delay in the receipt of the Visteon Screens, SMR may be required to travel to Visteon or here to Gardena to help with software integration etc. and I wanted to determine whether that work would be jeopardized by the current payment situation ?

Please rest assured that SMR are on the list for payment just as soon as funds arrive, the only uncertainty at this time is whether we will be able to pay the entire amount, or just a percentage as a gesture of good faith.

Obviously CES is critical to our future, so if there is a way to help us with software integration on the understanding that payment will be made as soon as possible, that would be the easiest way forward.

Please feel free to call me if you wish to discuss in more detail,

Thank you,

Carl Ellis
Purchasing Manager – Interior & Exterior Components

 Faraday Future

18455 S Figueroa St, Gardena, CA 90248

e   carl.ellis@faradayfuture.com
c   424 237 4802
w  www.faradayfuture.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited

**From:** Kenzie, Jeffrey B. (SMR) [mailto:Jeffrey.Kenzie@smr-automotive.com]
**Sent:** Wednesday, November 30, 2016 6:47 AM
**To:** Andrea Asten <Andrea.Asten@ff.com>; Sherry Ding <Sherry.Ding@ff.com>; Maggie Zhang <Maggie.Zhang@ff.com>; Carl Ellis <Carl.Ellis@ff.com>; Lynn Collins <Lynn.Collins@ff.com>; Christopher LaMorte <Christopher.LaMorte@ff.com>; Schmidbauer, Roland (SMR) <Roland.Schmidbauer@smr-automotive.com>; Orme, Simon (SMR) <Simon.Orme@smr-automotive.com>
**Cc:** Badgley, Jason R. (SMR) <Jason.badgley@motherson-innovations.com>; Sam Vial (SMR Technologies)

<sam.vial@smr-technologies.com>
**Subject:** FF DF91: SMR Invoices & Hardware Shipment

Good Morning FF Team,

Thank you for your support of SMR invoices during the time leading up to CES. SMR is continuing to move forward with work related to design and development for DF91, and we have hardware ready to ship to FF Gardena to fulfill active PO's for beta vehicles. In order for me to release these shipments of hardware, I have been asked by my management to confirm on-time payment of SMR invoice No. CINVM00000175 (referenced below in email to Andrea dated 22NOV16). Can you please confirm the FF plan for payment of this invoice?

I am travelling in Stuttgart this week, so I am 9 hours ahead of you through this Friday. Please call or email me at your convenience if you'd like to chat about this.

Best regards,

**Jeff Kenzie**
**Customer Engineer**
**Motherson Innovations / SMR Automotive Systems USA Inc**
5750 New King Street, Suite 300 Troy, Mi. USA 48098
My contact details:
Tel 248-641-3277 | Fax 248-641-3278 | Mob 810-334-6524
jeffrey.kenzie@motherson-innovations.com | www.motherson-innovations.com

Proud to be part of samvardhana **motherson**

This E-Mail is intended for the persons named only.  It may contain confidential and privileged information. Please contact the sender if you believe you have received this email in error.  Do not copy or disclose the contents to anyone.   If you have received it by mistake, please delete it from your system

**From:** Kenzie, Jeffrey B. (SMR)
**Sent:** Tuesday, November 22, 2016 2:52 PM
**To:** 'Andrea Asten' <Andrea.Asten@ff.com>
**Cc:** Badgley, Jason R. (SMR) <Jason.badgley@motherson-innovations.com>
**Subject:** RE: SMR Payables

Good Morning Andrea,

My accounting team in Australia has produced a simple invoice aging summary for your reference:

| SMRA Invoice Nos | Tax Invoice Date | Invoiced Amount-USD | Due Date |
|---|---|---|---|
| CINVM00000175 | 27/10/2016 | USD 237,949.61 | 30/11/2016 |
| CINVM00000198 | 21/11/2016 | USD 256,650.00 | 31/12/2016 |
| CINVM00000200 | 21/11/2016 | USD 675.00 | 31/12/2016 |
| CINVM00000199 | 21/11/2016 | USD 19,860.10 | 31/12/2016 |
| | | USD 515,134.71 | |

Three of the four invoices were created this month and are due in December. Only one (in red) is due this month.

Thank you for your support, and please let me know if I can provide further information on this.

Best regards,

**Jeff Kenzie**
Customer Engineer

2

Motherson Innovations / SMR Automotive Systems USA Inc
5750 New King Street, Suite 300 Troy, Mi. USA 48098
My contact details:
Tel 248-641-3277 | Fax 248-641-3278 | Mob 810-334-6524
jeffrey.kenzie@motherson-innovations.com | www.motherson-innovations.com

Proud to be part of samvardhana **motherson** 

This E-Mail is intended for the persons named only.  It may contain confidential and privileged information. Please contact the sender if you believe you have received this email in error.  Do not copy or disclose the contents to anyone.   If you have received it by mistake, please delete it from your system

**From:** Andrea Asten [mailto:Andrea.Asten@ff.com]
**Sent:** Monday, November 21, 2016 11:22 AM
**To:** Kenzie, Jeffrey B. (SMR) <Jeffrey.Kenzie@smr-automotive.com>
**Subject:** SMR Payables

Jeff,
Please send me SMRs updated aging report of FF past due invoices.  I need to be sure we have the correct amount we owe.

Thanks,

Andrea Asten
Purchasing Specialist – Interior/Exterior | Supply Chain

Faraday Future

18445 S. Figueroa St, Gardena, CA  90248
c  424-295-2525
e  andrea.asten@faradayfuture.com
w  www.faradayfuture.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.
If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately and destroy all copies of this message and any attachments. WARNING: Computer viruses can be transmitted via email. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus/trojan/worms/malicious code transmitted by this email. www.motherson.com

EXHIBIT D

**RE: SMR - Escalation for overdue payment**

Andrea Asten [Andrea.Asten@ff.com]

**Sent:** Tuesday, 22 August 2017 8:21 AM
**To:** Sam Vial (Motherson Innovations); Tom Wessner [Tom.Wessner@ff.com]
**Cc:** Badgley, Jason R. (Motherson Innovations); Painter, Barrie (Motherson Innovations); Hodgkiss, Greg (SMR)

Sam,
I apologize for the late response.

Yes, we understand the payment requirement in order to restart the program.

- Balance currently outstanding = USD850,724.81
- Additional amount to be invoiced = Approx USD750,000
- TOTAL OWING TO RE-START WORK = Approx USD1,600,000*

Regards,

Andrea Asten
Purchasing Manager, Supply Chain
+ 1 424-295-2525
andrea.asten@ff.com

18445 S. Figueroa St
Gardena, CA  90248

FF.com

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Sam Vial (Motherson Innovations) [mailto:sam.vial@motherson-innovations.com]
**Sent:** Tuesday, August 15, 2017 6:01 AM
**To:** Andrea Asten <Andrea.Asten@ff.com>; Tom Wessner <Tom.Wessner@ff.com>
**Cc:** Badgley, Jason R. (Motherson Innovations) <Jason.badgley@motherson-innovations.com>; Painter, Barrie (Motherson Innovations) <Barrie.Painter@motherson-innovations.com>; Hodgkiss, Greg (SMR) <Greg.Hodgkiss@smr-automotive.com>
**Subject:** RE: SMR - Escalation for overdue payment

Dear Tom and Andrea,

Apologies for a lack of update from my end in the last 2 weeks.

SMR had decided to hold any further possible legal action regarding the unpaid invoices until the end of August, being hopeful that FF's financial issues may be resolved by that point in time.

Can you please provide any further update on the status ?

Andrea → our finance team has been communicating with yours (Patty Perez) to confirm outstanding debts – refer attached email.  Please note that as per my multiple emails, this does not include issuing the additional invoices to move the account to Payment In Advance:
- Balance currently outstanding = USD850,724.81
- Additional amount to be invoiced = Approx USD750,000
- TOTAL OWING TO RE-START WORK = Approx USD1,600,000*

*I've shown approximate figures as I have asked our accounts to reconcile again.

Can you please confirm this is understood by Faraday Future.

Thank you.

**Sam Vial**
Director, Global Business Development

**Motherson Innovations**
Office 23 Pure Offices | 1 Port Way | Port Solent | Portsmouth | PO6 4TY | UK
Tel +44 (0)7825 637879
sam.vial@motherson-innovations.com
Motherson Innovations is a member of Samvardhana Motherson Group

**From:** Sam Vial (Motherson Innovations)
**Sent:** 25 July 2017 22:27
**To:** 'Andrea Asten' <Andrea.Asten@ff.com>; 'Tom Wessner' <Tom.Wessner@ff.com>
**Cc:** Badgley, Jason R. (Motherson Innovations) <Jason.badgley@motherson-innovations.com>; Painter, Barrie
(Motherson Innovations) <Barrie.Painter@motherson-innovations.com>; Hodgkiss, Greg (SMR)
<Greg.Hodgkiss@smr-automotive.com>
**Subject:** RE: SMR - Escalation for overdue payment

Dear Tom and Andrea,

An update from our side.  The legal/finance review that was scheduled for yesterday has been delayed until
next week.  As soon as we have a decision we will advise you.  We will hold off any decision to release the
remaining invoices until this meeting is held.

Again, please keep us informed from your side as soon as finances are confirmed to being freed up.

Kind regards,

Sam Vial.

**From:** Sam Vial (Motherson Innovations)
**Sent:** 21 July 2017 10:18
**To:** 'Andrea Asten' <Andrea.Asten@ff.com>; Tom Wessner <Tom.Wessner@ff.com>
**Cc:** Badgley, Jason R. (Motherson Innovations) <Jason.badgley@motherson-innovations.com>; Painter, Barrie
(Motherson Innovations) <Barrie.Painter@motherson-innovations.com>; Hodgkiss, Greg (SMR)
<Greg.Hodgkiss@smr-automotive.com>
**Subject:** RE: SMR - Escalation for overdue payment

Dear Tom & Andrea,

Thank you again for your time yesterday over the phone.

I took the following minutes from our conversation:
- YT Jia is in the process of selling his stake in Lucid. The sale is taking longer than expected.  There are 4 key
players bidding currently and the Lucid board is evaluating the bids.  Timing is unsure when the deal will be
closed.  The sales of these shares will cover all overdue Invoices from FF vendors.
- FF is not associated in any way with LeEco.  FF understanding is China is not able to freeze YT Jia assets in USA
(as they are currently going through legal proceedings in China).  Therefore, the sale of Lucid shares will flow
through to cash injection into FF.
- Faraday Future (FF) continues to pay its employees and associated operating costs.  This is being funded by

mortgaging multiple assets of FF, including the Nevada land set aside for the previously planned factory build, the FF offices, and some of YT Jia's own land assets in the USA.  FF has not layed off any employees off, and is actually hiring (eg hire Ulric Franz from BMW recently)
- Most vendors have not "dropped-out" of the program.  Most are on stop-work awaiting next payment round.
- FF trying to kick off Series A funding, but this is being affected by the current negative press.  Unlikely this will proceed until the current fiscal issues are resolved by the sale of the Lucid shares.
- YT Jia investment into FF is USD700m currently.
- SMR will make a decision on legal proceedings to recover the outstanding monies owed on Monday 24JUL. As discussed, this is purely a financial & legal risk decision, based on the ongoing market feedback about the status of FF and YT Jia, and the failing of FF to meet its payment promises since December 2016.  SMR does not want to proceed down this route, but equally it needs to protect itself and "get-in-line" if the worst case situation happens with FF.  Of course, such legal action would be immediately rescinded if payments were made.

Please note the following:
- SMR to date, has only issued invoices to the value of USD1,449,849.31.
- Per the email trail below, SMR cannot proceed with project development until the total value of the POs are paid in full.
- We have not issued the remaining invoices yet, and I was deliberately holding off issuing these until we had confirmation that FF was liquid again.  These additional invoices will total USD743,054.36
- Based on our conversation today, I will issue these invoices with the revised payment terms, and would ask that total payments are made as soon as cash is available.
- I know Jason has been discussing this point with Andrea over the past weeks since our last call.

If there are any errors in my minutes, please let me know.

To reiterate, SMR absolutely wants FF to be a success.  We gave 110% support to make CES for FF a success despite already being on program hold, and have been patient for almost 9 months in regards to overdue payments.  However, this is a commercial relationship and we can't hold a "wait-and-see" position indefinitely.

I will provide an update on Monday after our internal discussions with Finance and Legal VPs.

Kind regards,

Sam

**Sam Vial**
Director, Business Development

**Motherson Innovations**
c/o SMR Automotive Mirrors UK | Castle Trading Estate | East St | Portchester | PO16 9SD | UK
My contact details:
Tel +44 (0)7825 637879
sam.vial@motherson-innovations.com
Motherson Innovations is a member of Samvardhana Motherson Group

Please don't print this email unless you really need to. This will preserve trees on our planet.

**From:** Andrea Asten [mailto:Andrea.Asten@ff.com]
**Sent:** 08 June 2017 22:10
**To:** Sam Vial (Motherson Innovations) <sam.vial@motherson-innovations.com>; Tom Wessner <Tom.Wessner@ff.com>
**Cc:** Badgley, Jason R. (Motherson Innovations) <Jason.badgley@motherson-innovations.com>; Painter, Barrie (Motherson Innovations) <Barrie.Painter@motherson-innovations.com>; Hodgkiss, Greg (SMR) <Greg.Hodgkiss@smr-automotive.com>
**Subject:** RE: SMR - Escalation for overdue payment

Sam,

Yes, we fully understand SMRs position on not being able to re-engage until payment is made in full and we appreciate your patience and all of the work that SMR has done to date.  We will keep you and the team posted regarding funding updates.

I attached our latest Cycle plan and Timing for your review and re-quote purposes.  Please let me know if you have any questions.
Thanks


Regards,

**Andrea Asten**
Purchasing Manager  – Interior & Exterior

⟨⟩ Faraday Future

18445 S. Figueroa St, Gardena, CA  90248
c  424-295-2525
e  andrea.asten@ff.com
w  www.ff.com

_____

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Sam Vial (Motherson Innovations) [mailto:sam.vial@motherson-innovations.com]
**Sent:** Thursday, June 08, 2017 3:12 AM
**To:** Tom Wessner <Tom.Wessner@ff.com>; Andrea Asten <Andrea.Asten@ff.com>
**Cc:** Badgley, Jason R. (Motherson Innovations) <Jason.badgley@motherson-innovations.com>; Painter, Barrie (Motherson Innovations) <Barrie.Painter@motherson-innovations.com>; Hodgkiss, Greg (SMR) <Greg.Hodgkiss@smr-automotive.com>
**Subject:** RE: SMR - Escalation for overdue payment

Dear Tom and Andrea,

Thank you for arranging the meeting with yourselves and Stefan this week and sharing more information about FF plans to get back on track.  This is good news, and we look forward to being a key partner in your success.

Having said this, the financial issues over the past 12 months, have forced SMR to take a hard line on our payment terms as I had indicated earlier to Carl.  This was understood by FF and accepted at that time.  Once FF has re-established a proven credit history, we would be prepared to renegotiate payment terms, but SMR is unwilling to review this until after SOP.

To assist with your supplier payment planning, I'd like to summarise our payment expectations:

        Total Value of POs Issued by FF = USD2,192,903.67
        Paid To Date = USD597,949.50
        **Payment Owing for SMR to Re-Start Work = USD1,594,954.17**

The above covers Design and Prototype costs to date for **Exterior Mirror, CMS and Shark Fin** pre-development, but excludes any costs for Gamma build or production tooling.  As stated on the call, once the project re-starts, we also will need to re-evaluate the scope of the project and quote for any scope creep.

We remain concerned about our ability to hit your program timing. An SOP of Sep-2019 is less little more than 12 months away, and we do not have a product design freeze. We also have responsibility for both mechanical and electrical validation of our mirror and CMS system, both of which are safety critical components. The CMS tuning and validation lead-time is considerable. A rough estimate, if we were to follow accelerated timing estimates to complete our development program, would be an achievable SOP of around the end of Q2 2019.

It is therefore critical that SMR is engaged as early as possible when money comes available, but we cannot allocate any resources to this project until the open Purchase Orders are paid in full.

Finally, please share updated yearly production forecasts with us and your production ramp-up plan. Our understanding is FF has reduced volume targets significantly, and we will need to re-evaluate our costs, including those of our vendors, assuming the lower MOQs and annual production volumes. We want to get these updated quotations to you to ensure you have accurate information for your budget planning.

Please keep Jason informed of the progress or any changes to the current plan.

Kind regards,

**Sam Vial**
Director, Business Development

**Motherson Innovations**
c/o SMR Automotive Mirrors UK | Castle Trading Estate | East St | Portchester | PO16 9SD | UK
My contact details:
Tel +44 (0)7825 637879
sam.vial@motherson-innovations.com
Motherson Innovations is a member of Samvardhana Motherson Group

Please don't print this email unless you really need to. This will preserve trees on our planet.


**From:** Carl Ellis [mailto:Carl.Ellis@ff.com]
**Sent:** 14 April 2017 03:00
**To:** Sam Vial (Motherson Innovations) <sam.vial@motherson-innovations.com>
**Cc:** Tom Wessner <Tom.Wessner@ff.com>; Matthew Partsch <Matthew.Partsch@ff.com>; Hong Bae <Hong.Bae@ff.com>; Carlos Gonzalez <Carlos.Gonzalez@ff.com>; Andrea Asten <Andrea.Asten@ff.com>; Christopher LaMorte <Christopher.LaMorte@ff.com>; Maggie Zhang <Maggie.Zhang@ff.com>
**Subject:** RE: SMR - Escalation for overdue payment

Hello Sam,

I hope you are doing well, Carlos and the team here remined me that I didn't specifically address the requests you made in section 2.4 below, my apologies for the oversight there, please allow me to do that now.

2.4 - SMR is now formally requesting the following from Faraday Future:

   a.  Clarification when the overdue monies will be paid. We request a summary of targeted payment dates and amounts.

        As per my e-mail below, right now I have no visibility of incoming funds, so it would be very unprofessional of me to commit to a payment plan at this time. All I do know is that Stefan Krause our new CFO is actively pursuing outside investment to supplement the unpredictable flow of money from China and he is confident that we will see significant funding at the end of May / June timeframe.

   b. **Modification of future payment terms to payment in advance. SMR can no longer continue development without advance payment for the work to be carried out** – Completely understood and agreed to with the caveat that once we do receive what will effectively be our Series 'A' funding and build up a history of regular payments to SMR for services rendered, we can review terms again with a view to reverting to Net 30 or similar.

   c. **Agreement to modify payment terms for issued Purchase Orders to "up-front payment"** – Agreed, with the same note as above.

   d) **SMR is unable to continue with any form of product development for FF, including weekly project meetings, until a), b) and c) are achieved** – Again, completely understood in the circumstances. Our timing will undoubtedly go out based on our current cash-flow situation, so timing for re-engagement will need to be understood and factored in accordingly.

Happy to discuss in more detail, or schedule a conference call with Stefan if you wish, so you can discuss our business plan, funding etc.

Please let me know.

Regards

**Carl Ellis**
Director of Vehicle Purchasing

 Faraday Future

18455 S Figueroa St, Gardena, CA 90248

e   carl.ellis@faradayfuture.com
c   424 237 4802
w   www.faradayfuture.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited

**From:** Carl Ellis
**Sent:** Thursday, April 06, 2017 3:25 PM
**To:** Sam Vial (Motherson Innovations) <sam.vial@smr-technologies.com>
**Cc:** Tom Wessner <Tom.Wessner@ff.com>; Matthew Partsch <Matthew.Partsch@ff.com>; Hong Bae <Hong.Bae@ff.com>; Andrea Asten <Andrea.Asten@ff.com>; Christopher LaMorte <Christopher.LaMorte@ff.com>; Maggie Zhang <Maggie.Zhang@ff.com>
**Subject:** RE: SMR - Escalation for overdue payment
**Importance:** High

Hello Sam,

First of all, my apologies for the late response to your e-mail, I have been in a lot of meeting recently, but that's no excuse. We were expecting significant funding to hit us at the end of March, but unfortunately it did not arrive. According to our new CFO, Stefan Krause, we should receive further funding in approx. 8 weeks' time, which obviously presents us with a problem in the short term.

Up to now we have been allocating funds we have received to key suppliers like SMR in a conscious effort to reduce the past due balance, but it's certainly looking like we will be unable to make any more payments until the end of May '17.

I appreciate that SMR have continued to support Engineering calls and provide information to FF despite the past due balance and I will completely understand if you now have to withdraw these services and temporarily re-allocate resources until such time as we can pay you in full and agree the terms of re-engagement.

I can confirm that SMR are on the Priority List of suppliers to pay once we do receive funding, but I only show a past due balance of $326,426.81, so clearly, we have a disconnect in terms of what is owed, which I' sure we can address quickly.

I realize that this is not the best of news, but I wanted to be honest with you so we can work out a way forward which keeps SMR engaged, albeit with a greatly reduced level of support, until we can pay you in full.

Finally, I would be happy to set up a meeting / conference call between Stefan and SMR's Exec. Team to address any questions / concerns they may have about our funding or business plan if that would help to restore confidence in FF, inc. as a customer.

Please let me know if you want me to schedule a call.

Thank you,

Regards

**Carl Ellis**
Director of Vehicle Purchasing



18455 S Figueroa St, Gardena, CA 90248

e   carl.ellis@faradayfuture.com
c   424 237 4802
w  www.faradayfuture.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited

**From:** Sam Vial (Motherson Innovations) [mailto:sam.vial@motherson-innovations.com]
**Sent:** Monday, April 03, 2017 1:57 PM
**To:** Carl Ellis <Carl.Ellis@ff.com>
**Cc:** Badgley, Jason R. (Motherson Innovations) <Jason.badgley@motherson-innovations.com>; Charlie Spencer <Charlie.Spencer@ff.com>
**Subject:** RE: SMR - Escalation for overdue payment
**Importance:** High

Dear Carl,

It has been sometime since we have communicated.  I trust you are well.

.   **LAST MEETING SUMMARY:**

1.1 - Our last conversation occurred on 19-JAN-2017 in which we discussed SMR's position to stop work on any Faraday Future (FF) related projects until outstanding payments were made and request to modify ongoing

payment terms both for Development Phase and Tooling Kick-off was discussed.

1.2 - Attendees of that call were:

      a) FF: C. Ellis, T. Wessner, C. Spencer, M. Partsch, C. Gonzalez, C. LaMorte

      b) SMR: S. Vial, J. Badgley, J. Kenzie

1.3 - At that time FF understood SMR's position and conveyed their appreciation of SMR's efforts to date and extra help to ensure CES was a success.  SMR advised it would continue with weekly project meetings for both the Camera Monitoring System (CMS) and Shark-Fin developments, but halt any further design development.  FF confirmed it would make payments to SMR as soon as it had the resources to do so.

## 2.0  CURRENT FINANCIAL STATUS & REQUEST FOR PAYMENT

2.1 - Whilst SMR appreciated the payments made by FF in January 2017 (USD250k in total), we still have a growing amount of overdue invoices and further activity we are still to invoice.

2.2 - A summary of payables is attached but the overview is as follows:

      a) Total Value of POs Issued by FF = USD2,192,903.67

      b) Paid = USD597,949.50

      c) Payment Due = USD851,899.81

      d) To be Invoiced = USD743,054.36

2.3 - SMR has now entered its new fiscal year effective from 01-Apr.  We have had to roll-over these over-due payments and this means an escalation within our business.

2.4 - SMR is now formally requesting the following from Faraday Future:

      a) Clarification when the overdue monies will be paid.  We request a summary of targeted payment dates and amounts.

      b) Modification of future payment terms to payment in advance.  SMR can no longer continue development without advance payment for the work to be carried out.

      c) Agreement to modify payment terms for issued Purchase Orders to "up-front payment".

      d) SMR is unable to continue with any form of product development for FF, including weekly project meetings, until a), b) and c) are achieved.

## 3.0  CMS SCOPE CREEP & PROJECT SPECIFICATION REQUEST

3.1 - As project meetings have continued until now, we are getting more concerned of the significant scope creep of the program related to the camera monitoring system (CMS) program.

3.2 - Whilst our development contract clearly defined the CMS product as not requiring ASIL level Functional Safety, all recent discussions have been asking for a change in scope to consider varying levels of Functional Safety.  SMR has not budgeted appropriate levels of human resource to this project to support such a request, nor did the design costs quoted cater for such a request.

3.3 - SMR is unable to satisfy this request without a formal Request for Quote or suitable Request for Scope Change document that clearly defines FF new specification.

3.4 - Furthermore, SMR is unable to proceed with any RFQ process until overdue invoices are paid.

3.5 - SMR also seeks clarification from FF on updated project timing, key delivery dates, production location and targeted production volumes, including ramp-up plan.

## 4.0  ONGOING ENGAGEMENT & NEXT STEPS

4.1 - SMR cannot continue with weekly project meetings for either CMS or Shark Fin projects until the requests in #2.4 above are achieved.

4.2 - SMR will support weekly ongoing Business Development face-to-face engagement to maintain the relationship with FF.  Jason Badgley will remain the key contact.  We want communication to continue both commercially and at a macro product development level.

4.3 – SMR absolutely wants to support FF in being a success.  Our Vice-Chairman was driven in the FF91 at CES and was blown away by the vehicle.  The show car on display was a true success and SMR was proud to have helped make that a success.  However, SMR is unable to continue to support this development with so many commercial uncertainties.

I would like to set up another call to discuss this with you.  Is Thursday 06-APR at 1.30pm LA time suitable ?  If not, can you please offer an alternative time for either Thursday or Friday ?

Kind regards,

Sam

**Sam Vial**
Director, Global Business Development

**Motherson Innovations**
c/o SMR Automotive Mirrors UK | Castle Trading Estate | East St | Portchester | PO16 9SD | UK
My contact details:
Tel +44 (0)7825 637879
sam.vial@motherson-innovations.com
Motherson Innovations is a member of Samvardhana Motherson Group

Please don't print this email unless you really need to. This will preserve trees on our planet.

---

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)
and may contain proprietary, confidential or privileged information. If you are not the intended recipient, you should not disseminate, distribute or copy
this e-mail. Please notify the sender immediately and destroy all copies of this message and any attachments. WARNING: Computer viruses can be
transmitted via email. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any
damage caused by any virus/trojan/worms/malicious code transmitted by this email. www.motherson.com

---

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)
and may contain proprietary, confidential or privileged information. If you are not the intended recipient, you should not disseminate, distribute or copy
this e-mail. Please notify the sender immediately and destroy all copies of this message and any attachments. WARNING: Computer viruses can be
transmitted via email. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any
damage caused by any virus/trojan/worms/malicious code transmitted by this email. www.motherson.com

EXHIBIT E



**SMR Automotive Australia Pty Limited**
A.C.N.007 550 094      A.B.N. 77 007 550 094
Sheriffs Road          P.O.Box 37
Lonsdale               LONSDALE
South Australia 5160   South Australia 5160
Telephone (08) 8301 7737 Facsimile (08) 83847634

**TAX INVOICE**

SOLD TO
Faraday Future
18455
Los     las
CA L     3
USA

INVOICE NO.      2017/CINVM00000041
DATE             31-May-16
CUSTOMER NO      C303000

| BR ORDER | | | SMR CONTACT | | | | TERMS | |
|---|---|---|---|---|---|---|---|---|
| ORDER NUMBER | PRODUCT NUMBER | PART NUMBER | DESCRIPTION | Units | UNIT PRICE USD | | AMOUNT USD | |
| 0213-3297 | | | Dash Camera ED&T 10% upon award | 1 | $85,500.00 | | $85,500.00 | |
| | | | Total PO Amount: USD 855,500.00 | | | | | |
| | | | First Payment 10% : USD 85,550 | | | | | |
| | | | P/O No: po 0213-3297 | | | | | |
| | | | Please pay by EFT into the following Bank Account: | | | | | |
| | | | Bank Name: National Australia Bank | | | | | |
| | | | SWIFT: NATAAU3302S | | | | | |
| | | | Account No: SMRAUUSD01 | | | | | |
| | | | Please use the invoice number in your payment description, along with your company name. | | | | | |
| | | | | | | USD | 85,500.00 | |

INC. IN SOUTH AUSTRALIA

USD 85,500.00



**SMR Automotive Australia Pty Limited**
A.C.N.007 550 094      A.B.N. 77 007 550 094
Sheriffs Road          P.O.Box 37
Lonsdale               LONSDALE
South Australia 5160   South Australia 5160
Telephone (08) 8301 777 Facsimile (08) 83647634

**TAX INVOICE**

SOLD TO
Faraday Future
18455
Los       eles
CAL    J
USA

INVOICE NO.       2017/CINVM00000042
DATE              31-May-16
CUSTOMER NO       C303000

| BR ORDER | | | SMR CONTACT | | | | TERMS |
|---|---|---|---|---|---|---|---|
| ORDER NUMBER | PRODUCT NUMBER | PART NUMBER | DESCRIPTION | Units | UNIT PRICE USD | | AMOUNT USD |
| 0213-5388 | | | First Installment of ED&T with release of PO | 1 | $262,399.50 | | $262,399.50 |
| | | | Total PO Amount: USD 874,665 | | | | |
| | | | First Payment ED&T : USD 262,399.50 | | | | |
| | | | P/O No: po 0213-5388 | | | | |
| | | | Please pay by EFT into the following Bank Account; | | | | |
| | | | Bank Name: National Australin Bank | | | | |
| | | | SWIFT: NATAAU3302S | | | | |
| | | | Account No: SMRAUUSD01 | | | | |
| | | | Please use the invoice number in your payment description, along with your company name. | | | | |
| | | | | | USD | | 262,399.50 |

INC. IN SOUTH AUSTRALIA

USD 262,399.50



A.B.N. 77 007 850 604
P.O.Box 37
LONSDALE
South Australia 5160
Facsimile (06) 83847434

Samvardhana Motherson Reflectec

TAX INVOICE

SOLD TO
Faraday Future
18455
Los Angeles
CA 90248
USA

INVOICE NO.    2017/CINVM00000175
DATE          27-Oct-16
CUSTOMER NO    C303000

| VR Number | SMR CONTACT | | | | | | TERMS | |
|---|---|---|---|---|---|---|---|---|
| 00002093 | | | | | | | | |
| COMMERCIAL INVOICE DATE | PRODUCT NUMBER | DESCRIPTION | | UNITS | UNIT PRICE USD | GST/TAX | AMOUNT USD | |
| 10/08/2016 | P-00674138 | Mirror, No Cameras, Man Fold, LH | | 7 | $3,053.41 | -- | $21,373.87 | |
| | P-00674143 | Mirror, No Cameras, Man Fold, RH | | 7 | $3,053.41 | -- | $21,373.87 | |
| | P-00674137 | 30fps, Mirror, with Cameras, Man Fold, LH | | 5 | $3,429.64 | -- | $17,148.20 | |
| | P-00674142 | 30fps, Mirror, with Cameras, Man Fold, RH | | 5 | $3,429.64 | -- | $17,148.20 | |
| 31/08/2016 | P-00674138 | Mirror, No Cameras, Man Fold, LH | | 3 | $3,053.41 | -- | $9,160.23 | |
| | P-00674143 | Mirror, No Cameras, Man Fold, RH | | 3 | $3,053.41 | -- | $9,160.23 | |
| | P-00674137 | 30fps, Mirror, with Cameras, Man Fold, LH | | 4 | $3,429.64 | -- | $13,718.56 | |
| | P-00674142 | 30fps, Mirror, with Cameras, Man Fold, RH | | 4 | $3,429.64 | -- | $13,718.56 | |
| 29/09/2016 | P-00674139 | 30fps POD, Cameras, Manual Fold, LH | | 4 | $3,216.34 | -- | $12,865.36 | |
| | P-00674144 | 30fps POD, Cameras, Manual Fold, RH | | 4 | $3,216.34 | -- | $12,865.36 | |
| | P-00674137 | 30fps, Mirror, with Cameras, Man Fold, LH | | 2 | $3,429.64 | -- | $6,859.28 | |
| | P-00674142 | 30fps, Mirror, with Cameras, Man Fold, RH | | 2 | $3,429.64 | -- | $6,859.28 | |
| Item # 00130 | Item # 00130 | Additional ED&T | | 1 | $75,698.61 | -- | $75,698.61 | |

P/O No: PO 4300002093
Total PO Amount: USD 378,858.57
First Payment : USD 237,949.61

Please pay by EFT into the following Bank Account:

Bank Name: National Australia Bank
SWIFT: NATAAU3302S
Account No: SMRAAUUSD01

Please use the invoice number in your payment
description, along with your company name

| | | USD | 237,949.61 |
|---|---|---|---|

INC. IN SOUTH AUSTRALIA

| USD 237,949.61 |
|---|



A.B.N. 77 007 550 004
P.O.Box 37
LONSDALE
South Australia 5160
Facsimile (08) 83647634

Samvardhana Motherson Reflectec

TAX INVOICE

SOLD TO
Faraday Future
18455
Los Angeles
CA 90248
USA

INVOICE NO.     2017/CINVM00000198
DATE            21-Nov-16
CUSTOMER NO     C303000

| XER Number | SMR CONTACT | | | | | | TERMS |
|---|---|---|---|---|---|---|---|
| 0213-3297 | | | | | | | |
| COMMERCIAL INVOICE DATE | PRODUCT NUMBER | DESCRIPTION | UNITS | UNIT PRICE USD | GST/TAX | AMOUNT USD | |

| | | 30% upon Beta Sample submit | 1 | $256,650.00 | | $256,650.00 |
| | | Total PO Amount: USD 855,500.00 | | | | |
| | | Second Payment 30% : USD 256,650 | | | | |
| | | P/O No: po 0213-3297 | | | | |
| | | Please pay by EFT into the following Bank Account: | | | | |
| | | Bank Name: National Australia Bank | | | | |
| | | SWIFT: NATAAU3302S | | | | |
| | | Account No: SMRAUUSD01 | | | | |
| | | Please use the invoice number in your payment description, along with your company name. | | | | |
| | | | | USD | | 256,650.00 |

INC. IN SOUTH AUSTRALIA

USD 256,650.00



A.B.N. 77 007 550 094
P.O Box 37
LONSDALE
South Australia 5160
Facsimile (08) 8384 7034

SMR CONTACT

TAX INVOICE

SOLD TO
Faraday Future
18455
Los Angeles
CA 90248
USA

INVOICE NO.    2017/CINVM00000199
DATE    21-Nov-16
CUSTOMER NO    C303000

| ICR Number | | SMR CONTACT | | | | TERMS |
|---|---|---|---|---|---|---|
| 4500000365 | | | | | | |

| COMMERCIAL INVOICE DATE | PRODUCT NUMBER | DESCRIPTION | UNITS | UNIT PRICE USD | GST/TAX | AMOUNT USD |
|---|---|---|---|---|---|---|
| | 9-00674144 | Exterior Mirror Fully FN Camera Pod RH | 2 | $5,321.56 | | $10,643.12 |
| | 9-00674139 | Exterior Mirror Fully FN Camera Pod LH | 2 | $4,608.49 | | $9,216.98 |
| | | P/O No: 4500000365 | | | | |

Please note that SMR warrants the DFP1 Exterior Mirror Assembly is suitable
for on-road use if it is installed in the "glass mirror" format only.  If
installed in the "camera pod" format, SMR advises that this assembly is not
suitable for road use due to the fact that it cannot meet the current legal
homologation/regulatory requirements.  As such, the installation of the
"camera pod" format to a vehicle may pose a risk both for the occupants of
the vehicle or other road users.

Please pay by EFT into the following Bank Account:

Bank Name: National Australia Bank
SWIFT: NATAAU3302S
Account No: SMRAUUSD01

Please use the invoice number in your payment
description, along with your company name.

| | | USD | 19,860.10 |
|---|---|---|---|

INC. IN SOUTH AUSTRALIA

USD 19,860.10

**smr**
Samvardhana Motherson Reflectec

A.B.N. 77 007 850 094
P.O.Box 37
LONSDALE
South Australia 5160
Facsimile (08) 6384 7834

**SOLD TO**
Faraday Future
18455
Los Angeles
CA 90248
USA

**TAX INVOICE**

INVOICE NO.      2017/CINVM00000200
DATE             21-Nov-16
CUSTOMER NO       C303000

| ER Number | | SMR CONTACT | | | | TERMS |
|---|---|---|---|---|---|---|
| 4300001892 | | | | | | |

| COMMERCIAL INVOICE DATE | PRODUCT NUMBER | DESCRIPTION | UNITS | UNIT PRICE USD | GST/TAX | AMOUNT USD |
|---|---|---|---|---|---|---|
| | | CMS Cameras A0 Samples | 3 | $225.00 | | $675.00 |
| | | P/O No: 4300001692 | | | | |
| | | Please pay by EFT into the following Bank Account: | | | | |
| | | Bank Name: National Australia Bank | | | | |
| | | SWIFT: NATAAU3302S | | | | |
| | | Account No: SMRAUUSD01 | | | | |
| | | Please use the invoice number in your payment description, along with your company name. | | | | |
| | | | | | USD | 675.00 |

INC. IN SOUTH AUSTRALIA

USD 675.00



A.B.N. 77 007 550 094
P.O.Box 37
LONSDALE
South Australia 5160
Facsimile (08) 83847634

TAX INVOICE

SOLD TO
Faraday Future
18455
Los Angeles
CA 90248
USA

INVOICE NO.      2017/CINVM00000238
DATE                20-Dec-16
CUSTOMER NO       C303000

| VER Number | | SMR CONTACT | | | | | TERMS |
|---|---|---|---|---|---|---|---|
| .300001882 | | | | | | | |

| COMMERCIAL INVOICE DATE | PRODUCT NUMBER | DESCRIPTION | UNITS | UNIT PRICE USD | GST/TAX | AMOUNT USD | |
|---|---|---|---|---|---|---|---|
| | P00674138 | Mirrors No Camera Man Fold LH | 5 | $3,053.41 | – | $15,267.05 | |
| | P00674143 | Mirrors No Camera Man Fold RH | 5 | $3,053.41 | – | $15,267.05 | |
| | | P/O No: 4300002093 | | | | | |
| | | Please pay by EFT into the following Bank Account: | | | | | |
| | | Bank Name: National Australia Bank | | | | | |
| | | SWIFT: NATAAU3302S | | | | | |
| | | Account No: SMRAUUSD01 | | | | | |
| | | Please use the invoice number in your payment description, along with your company name. | | | | | |
| | | | | | USD | 30,534.10 | |

INC. IN SOUTH AUSTRALIA

USD 30,534.10



A.B.N. 77 007 500 094
P.O.Box 37
LONSDALE
South Australia 5160
Facsimile (08) 83647634

**TAX INVOICE**

**SOLD TO**
Faraday Future
18455
Los Angeles
CA 90246
USA

| INVOICE NO. | 2017/CINVM00000238 |
|---|---|
| DATE | 20-Dec-16 |
| CUSTOMER NO | C303000 |

| 3ER Number | SMR CONTACT | | | | | TERMS |
|---|---|---|---|---|---|---|
| J00001892 | | | | | | |

| COMMERCIAL INVOICE DATE | PRODUCT NUMBER | DESCRIPTION | UNITS | UNIT PRICE USD | GST/TAX | AMOUNT USD |
|---|---|---|---|---|---|---|
| | | ECU, REAR & DASH Cameras | 1 | $16,272.00 | – | 016,272.00 |
| | | P/O No: 0213-3643 | | | | |
| | | Please pay by EFT into the following Bank Account: | | | | |
| | | Bank Name: National Australia Bank | | | | |
| | | SWIFT: NATAAU33025 | | | | |
| | | Account No: SMRAUUSD01 | | | | |
| | | Please use the invoice number in your payment description, along with your company name. | | | | |
| | | | | | USD | 16,272.00 |

INC. IN SOUTH AUSTRALIA

| USD 16,272.00 |
|---|



A.B.N. 77 007 650 094
P.O. Box 37
LONSDALE
South Australia 5160
Facsimile (08) 63847634

Samvardhana Motherson Reflectec

TAX INVOICE

SOLD TO
Faraday Future
18455
Los Angeles
CA 90248
USA

INVOICE NO.    2017/CINVM00003240
DATE           20-Dec-16
CUSTOMER NO    C303000

| VER Number | | SMR CONTACT | | | | | TERMS |
|---|---|---|---|---|---|---|---|
| .00001592 | | | | | | | |
| COMMERCIAL INVOICE DATE | PRODUCT NUMBER | DESCRIPTION | UNITS | UNIT PRICE USD | GST/TAX | AMOUNT USD | |
| | | Shark Fin/Antena Feasibility Study | 1 | $15,160.00 | – | $15,160.00 | |
| | | P/O No: 4300002557 | | | | | |
| | | Please pay by EFT into the following Bank Account: | | | | | |
| | | Bank Name: National Australia Bank | | | | | |
| | | SWIFT: NATAAU3302S | | | | | |
| | | Account No: SMRAUUSD01 | | | | | |
| | | Please use the invoice number in your payment description, along with your company name. | | | | | |
| | | | | | USD | 15,160.00 | |

INC. IN SOUTH AUSTRALIA

USD 15,160.00



**SMR Automotive Australia Pty Limited**
A.C.N.007 550 094    A.B.N. 77 007 550 094
Sherrifis Road           P.O.Box 37
Lonsdale                    LONSDALE
South Australia  5160   South Australia 5160
Telephone (08) 8301 77 Facsimile (08) 83847634

**TAX INVOICE**

**SOLD TO**
Faraday Future
18465
Los Angeles
CA
USA

| INVOICE NO. | 2017/CINVM00000297 |
|---|---|
| DATE | 10-Mar-17 |
| CUSTOMER NO | C303000 |

| BR ORDER | | | SMR CONTACT | | | | TERMS | |
|---|---|---|---|---|---|---|---|---|
| ORDER NUMBER | PRODUCT NUMBER | PART NUMBER | DESCRIPTION | Units | UNIT PRICE USD | | AMOUNT USD | |
| 0213-5388 | | | Second Installment of ED&T upon completion of detailed design work.<br><br>Total PO Amount: USD 874,665<br>Second Payment ED&T : USD 524,799<br><br>P/O No: po 0213-5388<br><br><br>Please pay by EFT into the following Bank Account:<br><br>Bank Name: National Australia Bank<br>SWIFT: NATAAU3302S<br>Account No: SMRAUUSD01<br><br>Please use the invoice number in your payment description, along with your company name. | 1 | $524,799.00 | | $524,799.00 | |
| | | | | | USD | | 524,799.00 | |

INC. IN SOUTH AUSTRALIA

USD 524,799.00