Craig A. Welin (State Bar No. 138418)
cwelin@frandzel.com
Hal D. Goldflam (State Bar No. 179689)
hgoldflam@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California  90017-2427
Telephone:  (323) 852-1000
Facsimile:  (323) 651-2577

Attorneys for Plaintiff SMR Automotive
Australia Pty Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SMR AUTOMOTIVE AUSTRALIA PTY LTD., an Australian Proprietary Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>FARADAY&FUTURE INC., a California corporation, d/b/a FARADAY FUTURE<br><br>Defendant. | Case No. 2:17-cv-08466<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff SMR Automotive Australia Pty, LTD, through its undersigned counsel, hereby dismisses this action under Fed. R. Civ. P. 41(a)(1) and all claims asserted herein against Faraday&Future Inc d/b/a Faraday Future without prejudice and without costs to any party. Faraday Future is the sole defendant and has not answered or otherwise responded to the complaint. Thus, this notice suffices for final disposition of this case under Fed. R. Civ. P. 41(a)(1)(*i*).

DATED: January 8, 2018  FRANDZEL ROBINS BLOOM
    &amp; CSATO, L.C.
CRAIG A. WELIN
HAL D. GOLDFLAM


By: */s/ Craig A. Welin*
    CRAIG A. WELIN
    Attorneys for Plaintiff SMR Automotive
    Australia Pty Ltd.

# PROOF OF SERVICE

SMR AUTOMOTIVE AUSTRALIA PTY LTD., etc. v. FARADAY&FUTURE, INC., etc., et al.
2:17-bk-08466

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On **January 18, 2018**, I served true copy(ies) of the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY PERSONAL SERVICE (Nationwide Legal, Inc.):** I instructed Nationwide Legal, Inc. to deliver such document(s) to the Hon. S. James Otero's box before Noon on January 9, 2018.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **January 8, 2018**, at Los Angeles, California.

_/s/ Barbara Wilson_
Barbara Wilson

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

## SERVICE LIST

<u>Via Mail</u>

Nada Alnajafi  
Sr. Corporate Counsel, Legal  
18455 South Figueroa Street  
Gardena, CA  90248

Counsel for Defendant Faraday Future

Telephone:  714-401-5732  
E-Mail:    Nada.Alnajafi@ff.com

<u>Via Personal Service (Nationwide Legal)</u>

Hon. S. James Otero  
United States Courthouse  
350 W. 1st Street -- Judge Otero's Box  
4th Floor, outside the Clerk's Office  
Los Angeles, CA  90012

FRANDZEL ROBINS BLOOM & CSATO, L.C.  
1000 WILSHIRE BOULEVARD, 19TH FLOOR  
LOS ANGELES, CALIFORNIA 90017-2427  
(323) 852-1000

2780037.1 | 100630-0007

4

Case No. 2:17-cv-08466  
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE